Case: Fortune Society v Sandcastle   Civ. A. 14-6410

Date: 7/30/2015

**Additional Orders:**

① π's motion for discovery at [39] is granted. π's have established that based on the temporal history of the policies development at Dentities, documents from 2006 forward may contain relevant policy information.

② Ds will respond to the motion at [45] by 8/3/15. No reply needed.

③ The order at [43] is granted.

④ By 8/7/15, counsel will submit a letter with a proposed detailed discovery plan. Counsel are strongly encouraged to discuss settlement possibilities.

Page 1 of 1