Record of Conference and Orders: Vera M. Scanlon, USMJ        Date: 10/15/2015

Case: __Fortune Society v.__

Civ. A. __14-6410__ ( )(VMS) __Sandcastle__

ECF Recording in 504N:        ☐ Telephone Conference        ☐ In-person Conference

__2:28 - 2:58__

Counsel: (See separately docket entry or document for specific appearances)

☐ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference ☒ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference
Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
(If dates previously set by the Court are not reset, they remain as stated in the previous order.)

☐ Motions decided on the record        __[58] resolved as noted below__

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder        ☐ To be served        ☐ To be filed

    ☐ Complaint ☐ Answer        ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter to be filed

☒ Status conference        Date: __11/23/15__ Time: __10:00 AM__

    ☐ In person ☒ Telephone (718) 613-2300        To be organized by: __π__

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated        ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed        ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference        Date: _____ Time: _____

Page __1__ of __4__

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Fortune Society v Sandcastle Towers   Civ. A. 14-6410

Date: 10/15/2015

**Additional Orders:**

(1) D has had personal family issues delaying production of materials.

(2) D has identified an additional box of documents. Π will review the documents the week of the 19th of October.

(3) By COB on 10/16/15, D will provide the EAST files to Π

(4) As to Campbell, Forest, Tress, Breguia, Herskowitz, Weisman & Gorsky, D will provide a representation as to the scope of the searches performed of emails by 10/23/15

(5) D will also confirm the

Page 2 of 4

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Fortune Society v Sandcastle Towers   Civ. A. 14-6410

Date: 10/15/2015

**Additional Orders:**

Scope of the search as to Woodygerenals by 10/23/15

(6) As to Silva, D does not have control over her emails.

(7) As to Ginzberg, D Counsel will investigate the availability of the emails by 10/23/15.

(8) π is to provide a copy of the documents copied by π at D's offices, if used by the experts

(9) D will provide punitive damages information by 10/30/15.

(10) π's supplemental production is due by the 11/5/15. Madeline.

Page 3 of 4

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Fortune Society of Sand castle Towers  Civ. A. 14-6410

Date: 10/15/2015

**Additional Orders:**

(11) Δs must meet these deadlines or face sanctions, including possible monetary sanctions, for failure to comply with the Court's deadlines.

Page 4 of 4