**Record of Conference and Orders: Vera M. Scanlon, USMJ**      Date: _1/29/2016_

Case: _Fortune Society v. Sandcastle Towers_

Civ. A. _14 - 6410_ _____ ( )(VMS)

**ECF Recording in 504N:**      ☑ Telephone Conference      ☐ In-person Conference

_3:40 - 4:00_

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference      ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record     _[ 67 ] moot in part,_
_granted in part_

☐ Rule 26(a) disclosures, incl. supplements     _____

☐ Document requests to be served     _____

☐ Interrogatories to be served     _____

| ☐ Amended pleadings, incl. joinder | ☐ To be served          ☐ To be filed |
|---|---|
| ☐ Complaint ☐ Answer | ☐ On consent ☐ By motion ☐ By PMC letter |
| ☐ Joint status letter ☐ Stip of dismissal to be filed | |
| ☐ Status conference | Date:          Time: |
| ☐ In person ☐ Telephone (718) 613-2300 | To be organized by: |

☐ Specific depositions to be held     _____

☐ Fact discovery closes     _____

☐ Expert disclosures to be served     _____

☐ Initial expert report(s) to be served     _____

☐ Rebuttal expert report(s) to be served     _____

☐ Expert discovery closes     _____

☐ All discovery closes     _____

☐ Joint letter confirming discovery is concluded     _____

| ☐ Summary judgment to be initiated | ☐ PMC letter ☐ Briefing |
|---|---|
| ☐ Joint pre-trial order to be filed | ☐ Letter for conference ☐ Proposed JPTO |

☐ Proposed confidentiality order to be filed     _____

☐ Consent to Magistrate Judge to be filed     _____

| ☐ Settlement Conference | Date:          Time: |
|---|---|

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: _____     Civ. A. _____-_____

Date:_____ / ___/2016

**Additional Orders:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page ____ of ___

Vera M. Scanlon, USMJ
**Conference Orders, Continued**

Case: For fune Society     Civ. A. 14 - 6410

Date: 1 , 20/2016

**Additional Orders:**

D EFM must designate a FRCP 30 (b)(6) witness to be deposed by 1/27/16.

Any deposition notice by D is to be served by mail & email by 1/20/16.

As to the briefing schedule in the 12/18/15 letter, only fully briefed motions should be submitted. The dates in the letter are to be treated as service dates.