**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 8/1/2016

Case: __Fortune Society__

Civ. A. __14__-__6416__ ( / )(VMS)

**ECF Recording in 504N:** ☑ Telephone Conference    ☐ In-person Conference

4:40 – 5:07

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☑ Motion Hearing  ☐ Discovery Conference  ☐
☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record    [84, 87] are denied

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed
  ☐ Complaint ☐ Answer    ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference    Date:    Time:
  ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference    Date:    Time:

Case: Fortune          Civ. A. 14-6410

Date: 8/1/2016

**Additional Orders:**

The Revised Briefing Schedule is:
Motion: 8/12/16
Opposition: 9/7/16
Reply: 9/21/16
Filing: 9/22/16