# EXHIBIT

# 23

Expert Report
Allan McMillan Parnell, Ph.D.
Cedar Grove Institute for Sustainable Communities

Civil Action No. 1:14-cv-6410

THE FORTUNE SOCIETY, INC.

v.

SANDCASTLE TOWERS HOUSING DEVELOPMENT FUND CORP., SARASOTA
GOLD LLC, E & M ASSOCIATES LLC, and WEISSMAN REALTY GROUP LLC

## I.  QUALIFICATIONS

My name is Allan McMillan Parnell.  A copy of my curriculum vitae accompanies this report as Attachment A.

I am Vice-President and Research Director of the Cedar Grove Institute for Sustainable Communities, a not-for-profit research organization that specializes in using Geographic Information Systems (GIS) in demographic and policy analyses, focusing on community development, discrimination in housing policies, and issues of social equity, including analysis of disparities in access to public infrastructure.  I am also Senior Fellow at the Frank Hawkins Kenan Institute on Private Enterprise at the University of North Carolina at Chapel Hill and President of McMillan and Moss Research, Inc.

I received a Ph.D. in sociology with a specialization in demography from the University of North Carolina at Chapel Hill in 1987.  During my career, I have conducted and published research on a range of issues, taught at the graduate and undergraduate levels, consulted on demographic analysis, and worked as an expert in cases on housing discrimination and spatial disparities.  I have been a Research Associate in the Committee on Population at the National Academy of Sciences, on the faculty in the Sociology Department at Duke University, a Senior Fellow at the Duke Center for Demographic Studies, and a Research Associate at the Carolina Population Center at the University of North Carolina at Chapel Hill.  I have been the Principal Investigator on peer-reviewed grants from the National Institute of Child Health and Human Development (NICHD) and the National Institute on Aging (NIA).

## II. PREVIOUS EXPERIENCE AS AN EXPERT WITNESS

I have testified as an expert in several federal housing or civil rights cases.  I testified in *Jerry R. Kennedy, et al., v. The City of Zanesville, et al.*, Case No. 2:03-CV-1047 (S.D. Ohio), *Anderson Group, LLC v. City of Saratoga Springs* Case No. 05-cv-1369 GLS/DRH (N.D.N.Y.), *The Inclusive Communities Project, Inc. v. the Town of Flower Mound, Texas*, Case No. 4:08-CV-433 (E.D. Tex.),  *The Inclusive Communities Project, Inc. v. The Texas Department of Housing and Community Affairs, et al.* Civil Action No. 3:08-CV-0546-D (N.D. Tex.), and *Everett et. al. v. Pitt County Bd. of Education*, No. 6:-69-CV-702-H (ED. N.C.).  I was deposed for *Antonia Manuel et al v. City of Lake Worth*, Case No. 06-81143 (S.D. Fl.).

## lII. COMPENSATION FOR SERVICES

My fee for work in this case is $200 per hour and $300 per hour for deposition testimony. No portion of these fees is dependent on the nature of my findings or on the outcome of the case.

## IV.  SCOPE OF THE ISSUE FOR THIS REPORT

This report assesses if a history of criminal conviction disproportionately affects the ability of African Americans and Latinos relative to Whites to qualify to rent at Sandcastle Apartments. [1]  Lifetime risk of incarceration is used as a proxy for lifetime risk of conviction because the highest-quality data measure incarceration rather than criminal convictions.

---

[1]  Throughout this report, White refers to Non-Hispanic White, and African American refers to non-Hispanic African Americans.

## V. INFORMATION REVIEWED

1. *The Fortune Society, Inc. v. Sandcastle Towers Housing Development Fund Corp., Sarasota Gold, LLC and Weissman Realty Group LLC*, Civil Action No. 1:14-cv-6410.

2. American Community Survey 2009-2013 Pooled Data, Access through American FactFinder, http://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml .  Specifically, I use Tables B19001H, B19001B and B19001I.

3. The U.S. Department of Housing and Urban Development designation of the New York Rental Housing Market at http://www.huduser.org/portal/datasets/il/il2015/2015summary.odn.

4. The U.S. Department of Housing and Urban Development material on the processes used to determine area fair market rents at http://www.huduser.org/portal/datasets/fmr.html.

5. The U.S. Department of Housing and Urban Development 2015 Income Limits data for the New York HUD Metro Fair Market Rent Area at http://www.huduser.org/portal/datasets/il/il2015/2015summary.odn .

6. Descriptions of the New York City rental control and rent stabilization programs at www.nyshcr.org/Rent/about.htm#rentcont.

7. The report prepared by Dr. Christopher Wildeman on the cumulative risks of criminal conviction based on cumulative risk of incarceration, by race for different income levels.

8. Sandcastle Apartments schedule of apartments. (Bates DEF000310)

9. Sandcastle Apartments application information sheet with rents. (Bates DEF000311)

## VI.  ASSESSMENT

This report determines if exclusion of those who have been incarcerated from the opportunity to rent at Sandcastle Apartments disproportionately affects African Americans and Latinos relative to Whites in the New York City housing market. Lifetime risk of incarceration is used as a proxy for lifetime risk of conviction because the highest-quality data measure incarceration rather than criminal convictions.

The housing market is geographic and economic.  The geographic component of the housing market is the area from which Sandcastle Apartments draws applicants.  I use three geographies in this analysis: Queens; New York City; and the New York, N.Y. HUD Metro Fair Market Rent Area, the HUD-specified rental market for New York City.  The New York, N.Y. HUD Metro Fair Market Rent Area includes Bronx County, Kings County, Putnam County, Queens County, New York County, Richmond County, Rockland County, and Westchester County.[2]  My baseline analysis is for these three geographies without consideration of income.

The economic component of the housing market analysis identifies those with sufficient income to be able to afford specific properties, and—in two scenarios—income under a certain level.  In my analysis, I examine those with incomes of $30,000 and more and those with incomes of $40,000 and more. For apartments specified as affordable, there is also a maximum income.  In my analysis, I examine those with incomes between $30,000 and $70,000 and those with incomes between $40,000 and $70,000, as in Dr. Wildeman's expert report.

Dr. Wildeman's expert report calculated the cumulative risk of incarceration for Whites, African American and Latinos for the entire racial/ethnic groups and for Whites, African

---

[2] http://www.huduser.org/portal/datasets/il/il2015/2015summary.odn

American and Latinos with specific incomes.[3]  These income categories correspond to rent requirements at Sandcastle Apartments.  Table 1 in Dr. Wildeman's report provides the cumulative risk of incarceration for all Whites, African Americans and Latinos and the cumulative risk of incarceration for Whites, African Americans and Latinos with incomes above $30,000.  Table A1 in Dr. Wildeman's report provides the cumulative risk of incarceration for Whites, African Americans and Latinos with incomes above $40,000; for Whites, African Americans and Latinos with incomes above $30,000 and less than $70,000, and for Whites, African Americans and Latinos with incomes above $40,000 and less than $70,000.  In every income scenario, Dr. Wildeman found that Whites have lower cumulative risk of incarceration than African Americans and Latinos.

Dr. Wildeman's calculations of the cumulative risk of incarceration for Whites, African American and Latinos are the proportions of each group that have ever been incarcerated.  I use these proportions within the specified housing markets to determine if these differences between Whites and African American and Whites and Latinos are statistically significant, that is to determine if the calculated differences are substantial, meaningful and not due to random variation.

For example, in Table 1 of his report, Dr. Wildeman shows that Whites with incomes of $30,000 or more have a cumulative risk of incarceration of 0.91.  In other words, 0.91% of Whites with incomes of $30,000 or more have ever been incarcerated and are not able to rent at Sandcastle Apartments for that reason.  He shows that African Americans have a cumulative risk of incarceration of 4.44.  In other words, 4.44% of African Americans have ever been incarcerated and are not able to rent at Sandcastle Apartments for that reason.  The question is

---

[3] Dr. Wildeman used cumulative or lifetime risk incarceration as a proxy for cumulative or lifetime risk of criminal convictions because the highest-quality data measure incarceration rather than criminal convictions.

whether the White and African American proportions not able to rent at Sandcastle Apartments are significantly different, that is, if these differences as measured in statistical tests are meaningful and not due to random variation.

To answer this question, I use the Z test for two proportions, the standard statistical test to address this type of question.  A description of the Z Test and the calculator I use for the Z test in this analysis is at: www.socscistatistics.com/tests/ztest/ .

Four pieces of information are needed to calculate the Z test: the proportions of the two populations who are not eligible to rent at Sandcastle Apartments due to incarceration and the size of the two populations in the housing market. For example, the total Queens housing market with no income condition shown in Table 1 has a cumulative risk for Whites of 2.39 (2.39%), with 272,815 households in the Queens housing market.  For African Americans, the cumulative risk is 10.61 (10.61%), with 136,446 households in the Queens housing market.  The Z score calculated from this information is -112.64.  This Z-score is statistically significant, meaning that – in this situation - there are real differences between Whites (2.39% of whom are not eligible to rent at Sandcastle Apartments due to prior incarceration) and African Americans (10.61% of whom are not eligible to rent at Sandcastle Apartments due to incarceration).  The specified level of statistical significance, P<0.01 in this case, means that in fewer than one in one hundred times would we obtain this result due to random error.

The sizes of the housing markets are from the 2009-2013 American Community Survey measures of household income.[4]  The American Community Survey is designed and collected by the U.S. Census Bureau (www.census.gov/programs-surveys/acs/).  Household income is reported by income range, e.g. $30,000-$39,999.  To determine households with incomes of $30,000 or more and $40,000 or more, I sum the numbers in each income group above $30,000

---

[4]. Household income data ar e used to account for the four income categories.

and $40,000.  The upper income limit in two of the analyses, $70,000, falls in the $60,000-$74,999 category.  As $70,000 is two-thirds of the $15,000 category, I assign two-thirds of the households to the income category of between $60,000 and $70,000, assuming an even distribution of households across this category.  Once this is calculated, I sum incomes between $30,000 and $70,000 and between $40,000 and $70,000.  I calculated the Z tests using the cumulative risks of incarcerations and the sizes of the housing markets for Whites, African Americans and Latinos under each of the five income scenarios for each of the three geographic housing markets

Table 1 shows the results for the Queens Housing Market.  There are five panels of results by income limit: No income limits; $30,000 minimum income; $40,000 minimum income; income between $30,000 and $70,000; and income between $40,000 and $70,000.  Each panel shows the cumulative risk of incarceration for the specific group, the sizes of the housing markets under the income scenarios, the Z scores for comparisons of African Americans and Latinos with Whites, and the level of statistical significance.  For example, for the $30,000 minimum income panel, the cumulative risk for Whites is 0.91 (i.e. 0.91% have been incarcerated and are not eligible to rent at Sandcastle Apartments for that reason), and the housing market size is 203,258.  For African Americans, the cumulative risk is 10.61 (i.e. 10.61% have been incarcerated and are not eligible to rent at Sandcastle Apartments for that reason) and the housing market size is 138,446.  The Z score of the differences in proportions not eligible for renting at Sandcastle Apartments between Whites and African Americans in this housing market is -64.44.  This result is statistically significant at the P<0.01 level.  Differences in the proportions of Whites and African Americans who have been incarcerated making $30,000 or more in the Queens housing market disproportionately disadvantages African Americans

relative to Whites in their ability to rent at Sandcastle Apartments and the difference is statistically significant and extremely unlikely to be a result of random variation.

Differences in cumulative risks of incarceration between Whites and African Americans and between Whites and Latinos in the Queens housing market disproportionately disadvantage African Americans and Latinos relative to Whites in their ability to rent at Sandcastle Apartments.  All of the comparisons shown in Table 1 between Whites and African Americans and between Whites and Latinos in the Queens housing market are statistically significant and are unlikely to be due to random variation.

Table 2 shows the same information shown in Table 1, but it is for the New York City Housing Market.  The cumulative risks are the same, but the housing market sizes are larger.

For example, for the $40,000-$70,000 housing market, the cumulative risk for Whites is 1.36 (i.e. 1.36% have been incarcerated and are not eligible to rent at Sandcastle Apartments), and the housing market size is 225,001.  For Latinos, the cumulative risk is 3.20 (i.e. 3.20% have been incarcerated and are not eligible to rent at Sandcastle Apartments) and the housing market size is 163,647.  The Z score of the differences in proportions not eligible for renting at Sandcastle Apartments between Whites and Latinos in this housing market is –39.18.  This result is statistically significant at the P<0.01 level.  Differences in the proportions of Whites and Latinos who have been incarcerated with incomes between $40,000 and $70,000 in the New York City housing market disproportionately disadvantages Latinos relative to Whites in their ability to rent at Sandcastle Apartments. The difference is statistically significant and unlikely to be due to random variation.

In each of the comparisons between White and African Americans and Whites and Latinos in Table 2, the Z test results are statistically significant and are thus unlikely to be due to random variation.

Differences in cumulative risks of incarceration between Whites and African Americans and between Whites and Latinos in the New York City housing market disproportionately disadvantage African Americans and Latinos relative to Whites in their ability to rent at Sandcastle Apartments.

Table 3 shows the same information shown in Tables 1 and 2 but for the New York, N.Y. HUD Metro Fair Market Rent Area.  The cumulative risks are the same, but the housing market sizes are larger because the geography is larger.

For example, for the $30,000-$70,000 housing market, the cumulative risk for Whites is 1.37 (i.e. 1.37% have been incarcerated and are not eligible to rent at Sandcastle Apartments), and the housing market size is 373,769.  For African Americans, the cumulative risk is 4.76 (i.e. 4.76% have been incarcerated and are not eligible to rent at Sandcastle Apartments) and the housing market size is 263,098.  The Z score of the differences in proportions not eligible for renting at Sandcastle Apartments between Whites and African Americans in this housing market is –81.16.  This result is statistically significant at the P<0.01 level.  Differences in the proportions of Whites and African Americans who have been incarcerated with incomes between $30,000 and $70,000 in the New York, N.Y. HUD Metro housing market disproportionately disadvantages African Americans relative to Whites in their ability to rent at Sandcastle Apartments. The difference is statistically significant and thus unlikely to be due to random variation.

Differences in cumulative risks of incarceration between Whites and African Americans and between Whites and Latinos in the New York, N.Y. HUD Metro housing market disproportionately disadvantage African Americans and Latinos relative to Whites in their ability to rent at Sandcastle Apartments.  In each of the comparisons between White and African Americans and Whites and Latinos, the Z test results are statistically significant.

Each of the 15 Z-tests across the 3 geographic markets comparing Whites and African Americans is statistically significant.  Each of the 15 Z-tests across the 3 geographic markets comparing Whites and Latinos is statistically significant and are unlikely to be due to random variation.

## VII. Conclusion

Using cumulative risk of incarceration, the best available proxy for cumulative history of criminal conviction, and market sizes under five income scenarios, the higher proportions of African Americans and Latinos relative to Whites who have been incarcerated are statistically significant in each case, and are unlikely to be due to random variation.

Differences in the cumulative risk of incarceration for Whites, African Americans and Latinos disproportionately disadvantage African Americans and Latinos relative to Whites in their ability to rent at Sandcastle Apartments.  This is the case in the Queens housing market, the New York City housing market, and the New York, N.Y. HUD Metro housing market.

**Table 1:  Z-Test Result for Differences in Qualifying for Renting at Sandcastle Apartments, Queens Housing Market**

|  | White | African American | Latino |
|---|---|---|---|
| **No Income Limit** |  |  |  |
| Cumulative Risk | 2.39 | 10.61 | 5.99 |
| N | 272,815 | 138,446 | 185,898 |
| Z Score |  | -112.64 | -62.22 |
| Level of Significance |  | P<0.01 | P<0.01 |
|  |  |  |  |
| **$30,000 Minimum** |  |  |  |
| Cumulative Risk | 0.91 | 4.44 | 2.23 |
| N | 203,258 | 103,310 | 132,441 |
| Z Score |  | -64.44 | -31.48 |
| Level of Significance |  | P<0.01 | P<0.01 |
|  |  |  |  |
| **$40,000 Minimum** |  |  |  |
| Cumulative Risk | 0.80 | 3.05 | 2.15 |
| N | 181,317 | 90,797 | 112,813 |
| Z Score |  | -44.79 | -31.22 |
| Level of Significance |  | P<0.01 | P<0.01 |
|  |  |  |  |
| **$30,000-$70,000** |  |  |  |
| Cumulative Risk | 1.37 | 4.76 | 3.00 |
| N | 79,580 | 45,366 | 67,875 |
| Z Score |  | -36.20 | -21.65 |
| Level of Significance |  | P<0.01 | P<0.01 |
|  |  |  |  |
| **$40,000-$70,000** |  |  |  |
| Cumulative Risk | 1.36 | 2.79 | 3.20 |
| N | 57,580 | 32,893 | 48,247 |
| Z Score |  | -15.23 | -20.33 |
| Level of Significance |  | P<0.01 | P<0.01 |

Sources: Cumulative Risk of Incarceration estimates are by Dr. Christopher Wildeman's report for this case.  Household income data are from the 2009-2013 American Community Survey, www.census.gov

**Table 2:  Z-Test Result for Differences in Qualifying for Renting at Sandcastle Apartments, New York City Housing Market**

|  | White | African American | Latino |
|---|---|---|---|
| **No Income Limit** |  |  |  |
| Cumulative Risk | 2.39 | 10.61 | 5.99 |
| N | 1,228,022 | 736,836 | 752,521 |
| Z Score |  | -245.26 | -129.31 |
| Level of Significance |  | P<0.01 | P<0.01 |
|  |  |  |  |
| **$30,000 Minimum** |  |  |  |
| Cumulative Risk | 0.91 | 4.44 | 2.23 |
| N | 944,782 | 459,594 | 424,841 |
| Z Score |  | -138.02 | -62.62 |
| Level of Significance |  | P<0.01 | P<0.01 |
|  |  |  |  |
| **$40,000 Minimum** |  |  |  |
| Cumulative Risk | 0.80 | 3.05 | 2.15 |
| N | 863,001 | 383,037 | 350,715 |
| Z Score |  | -95.60 | -62.17 |
| Level of Significance |  | P<0.01 | P<0.01 |
|  |  |  |  |
| **$30,000-$70,000** |  |  |  |
| Cumulative Risk | 1.37 | 4.76 | 3.00 |
| N | 306,792 | 244,424 | 240,773 |
| Z Score |  | -74.85 | -41.88 |
| Level of Significance |  | P<0.01 | P<0.01 |
|  |  |  |  |
| **$40,000-$70,000** |  |  |  |
| Cumulative Risk | 1.36 | 2.79 | 3.20 |
| N | 225,001 | 167,867 | 163,647 |
| Z Score |  | -31.90 | -39.18 |
| Level of Significance |  | P<0.01 | P<0.01 |

Sources: Cumulative Risk of Incarceration estimates are by Dr. Christopher Wildeman's report for this case.  Household income data are from the 2009-2013 American Community Survey, www.census.gov

**Table 3:  Z-Test Result for Differences in Qualifying for Renting at Sandcastle Apartments, New York, N.Y. HUD Metro Fair Market Rent Area**

| Income Limit | White | African American | Latino |
|---|---|---|---|
| **No Income Limit** | | | |
| Cumulative Risk | 2.39 | 10.61 | 5.99 |
| N | 1,543,007 | 797,673 | 827,620 |
| Z Score | | -268.68 | -140.96 |
| Level of Significance | | P<0.01 | P<0.01 |
| | | | |
| **$30,000 Minimum** | | | |
| Cumulative Risk | 0.91 | 4.44 | 2.23 |
| N | 1,211,771 | 503,343 | 481,963 |
| Z Score | | -152.39 | -68.81 |
| Level of Significance | | P<0.01 | P<0.01 |
| | | | |
| **$40,000 Minimum** | | | |
| Cumulative Risk | 0.80 | 3.05 | 2.15 |
| N | 1,112,173 | 421,630 | 396,863 |
| Z Score | | -105.21 | -68.33 |
| Level of Significance | | P<0.01 | P<0.01 |
| | | | |
| **$30,000-$70,000** | | | |
| Cumulative Risk | 1.37 | 4.76 | 3.00 |
| N | 373,769 | 263,098 | 266,476 |
| Z Score | | -81.16 | -45.39 |
| Level of Significance | | P<0.01 | P<0.01 |
| | | | |
| **$40,000-$70,000** | | | |
| Cumulative Risk | 1.36 | 2.79 | 3.20 |
| N | 274,171 | 181,385 | 181,376 |
| Z Score | | -34.35 | -42.47 |
| Level of Significance | | P<0.01 | P<0.01 |

Sources: Cumulative Risk of Incarceration estimates are by Dr. Christopher Wildeman's report for this case.  Household income data are from the 2009-2013 American Community Survey, www.census.gov

Attachment A

June 2015

CURRICULUM VITAE

**Allan McMillan Parnell**

Cedar Grove Institute for Sustainable Communities
McMillan and Moss Research, Inc.
6919 Lee Street
Mebane, North Carolina 27302
919 563 5899
allanmparnell@gmail.com

Education

Ph.D. University of North Carolina at Chapel Hill, 1987, (Sociology).
M.A. University of North Carolina at Chapel Hill, 1982, (Sociology).
A.B. University of North Carolina at Chapel Hill, 1976, (Geography) with Honors.

Professional Experience

President, McMillan and Moss Research, Inc.  1998-current

Vice-President and Research Director, Cedar Grove Institute for Sustainable Communities, 2001-current.

Senior Fellow, Frank Hawkins Center of Private Enterprise, University of North Carolina at Chapel Hill, 2014-present

Adjunct Instructor, University or North Carolina Law School, January 2005-2009

Research Associate, Carolina Population Center, University of North Carolina at Chapel Hill, 1998-2004.

Assistant Professor, Department of Sociology, and Senior Fellow, Center for Demographic Studies, Duke University.  1990-1998.

Visiting Scholar, Carolina Population Center, University of North Carolina at Chapel Hill, 1989-1990.

Research Associate, Committee on Population, National Academy of Sciences.  Washington, DC. 1988-1989.
Visiting Research Associate, East-West Population Institute, East-West Center and Visiting Assistant Professor of Sociology, University of Hawaii, Honolulu, Hawaii.  1987.

Publications

"Maximizing the Power of Geographic Information Systems for Racial Justice." 2013.  Ann Moss Joyner and Allan Parnell, *Clearinghouse Review*, 47(5-6).

Aging in Place in the Carolinas:  Demographic Highlights, Programmatic Challenges and Opportunities." 2013  James H. Johnson, Jr. and Allan M. Parnell. The Duke Endowment.

http://dukeendowment.org/sites/default/files/media/files/Aging%20in%20Place%20White%20Paper%202013%20v2.pdf

 "Institutionalization of Racial Inequality in Local Political Geographies: The Use of GIS Evidence." 2010 Ben Marsh, Allan M. Parnell, and Ann Moss Joyner *Urban Geography* 31:5.

"The Changing Face of Poverty in America."  2006  Johnson, James H., Jr. and Allan M. Parnell in Battleground: Economics and Business ML Walden (ed.) Praeger.

"Minority Exclusion in Small Town America." 2006 Johnson, James H., Jr., Ann Moss Joyner and Allan M. Parnell, pp. 20-24, Poverty and Race in America: Emerging Agendas Chester Hartman (ed.) New York: Lexington Books.

"Minority Exclusion in Small Towns." Johnson, James H., Jr., Ann Moss Joyner and Allan M. Parnell *Poverty & Race* 14 2005.

"Racial Apartheid in a Small North Carolina Town" 2004. Johnson, James H Jr., Allan M. Parnell, Ben Marsh, Ann Moss Joyner and Carolyn R. Christman  *Review of Black Political Economy* 31:1

"Further Examination of a Natural Experiment: Access to Abortion in North Carolina 1989-1996" S. Philip Morgan and Allan M. Parnell *Population Research and Policy Review* 21(4) 2002

"Evaluation of U.S. Mortality Patterns at Old Ages Using the Medicare Enrollment Data Base." Allan M. Parnell and Cynthia Owens *Demographic Research* 1 (2): 1999.

"The Effects of Short-Term Variation in Abortion Funding on Pregnancy Outcomes." Philip J. Cook, Allan M. Parnell, Michael J. Moore and Deanna Pagnini. *Journal of Health Economics* 18: 241 –257: 1999.

"Seasonality of Abortions in North Carolina: A Population Study" Joseph L. Rodgers and Allan M. Parnell. *Journal of Biosocial Sciences* 30 (1998).

"Seasonal patterns in adolescent reproductive behaviors." Joseph L. Rodgers and Allan M. Parnell. in Larry Severy and Warren Miller (eds.) Advances in Population: Psychosocial Perspectives (Vol. 3). London: Jessica Kingsley Publishers 1999

"Religious Fundamentalism and Family Behavior" John Wilson, Allan M. Parnell and Deanna Pagnini. *Research in the Social Scientific Study of Religion*, Vol 8 (1997).
"Demography and Ethnic Conflict." C. Gray Swicegood, Gillian Stevens and Allan M. Parnell. in J. Gittler (ed.) Disciplinary Perspectives on Racial and Ethnic Conflict. JAI Press (1995).

"Nonmarital pregnancies and marriage in the United States." Allan M. Parnell, C. Gray Swicegood and Gillian Stevens. *Social Forces* 73(1): 263-287. 1994.

Third World Cities: Problems, Policies and Prospects, John D. Kasarda and Allan M. Parnell (eds.), SAGE Publications, Newbury Park, CA 1993.

"Third World Urban Development Issues."  John D. Kasarda and Allan M. Parnell. pp. ix-xvii in <u>Third World Cities: Problems, Policies and Prospects</u>, edited with John D. Kasarda, SAGE Publications, Newbury Park, CA 1993.

"Disaster, Tradition and Change:  Remarriage and Family Reconstitution in a Post-earthquake Community in the People's Republic of China."  Xiangming Chen, Kejing Dai and Allan M. Parnell, *Journal of Comparative Family Studies* 23:115-132, 1992.

"The Determinants of Breastfeeding Practices in Ghana." Kofi D. Benefo and Allan M. Parnell. pp. 475-496 in Proceedings of the Demographic and Health Surveys World Conference, Washington, D.C. Vol. 1. IRD/Macro International Inc., Columbia, MD. 1991.

Health Consequences of Contraceptive Use and Reproductive Patterns," Julie DaVanzo, Allan M. Parnell and William H. Foege. *Journal of the American Medical Association* 265: 2692-2696. 1991.

"The Varying Connection Between Marital Status and Fertility in the United States," Ronald R. Rindfuss and Allan M. Parnell.  *Population and Development Review*, 15:447-470, 1989.

<u>Contraceptive Use and Controlled Fertility:  Health Issues for Women and Children</u>. Editor. National Academy Press, Washington, DC, 1989.

<u>Marriage and Motherhood:  Changing Social Relationships in the United States</u>.  Ph.D. dissertation, Department of Sociology.  University of North Carolina Chapel Hill, 1987.

"Non-marital Childbearing: Diverging Legal and Social Concerns," Jo Jones, Joan Kahn, Ronald R. Rindfuss and Gray Swicegood.  *Population and Development Review*, 11:677-693, 1985.

"Modern Fertility Patterns: Contrasts Between Japan and the United States," S. Philip Morgan, Ronald R. Rindfuss and Allan M. Parnell.  *Population and Development Review*, 10:19-40, 1984.

"The Timing of Entry into Motherhood in Asia: A Comparative Perspective," Ronald R. Rindfuss, Allan M. Parnell and Charles Hirschman.  *Population Studies* 37:253-272, 1983.

"Breastfeeding and Infant Survival in Egypt," Barbara Janowitz, Joann H. Lewis, Allan M. Parnell, F. Hefnawi, M. Younis and G. Serour.  *Journal of Biosocial Science* 13:287-297, 1981.


Grants

National Institute of Child Health and Human Development
Co-Principal Investigator for Rockingham County, N.C. and Burke County, N.C.  National Children's Study. Barbara Entwisle, PI (University of North Carolina at Chapel Hill) Contract No. HHSN267200700049C  September 28, 2007 – September27, 2014.

National Institute of Child Health and Human Development.

Principal Investigator "Racial Segregation in Southern Towns" R21 HD49394-01A2 $106,956 (direct costs), October 1, 2006-September 30, 2008.

Z. Smith Reynolds Foundation

Principal Investigator "Racial Disparities in Public Services:  GIS Analysis." $60,000,   July, 2003-June 2004

The Warner Foundation,
Co-Investigator, "GIS Analysis of Racial Disparities: Mebane Case Study"
$18,685  January 2003-June 2003.

National Institute of Child Health and Human Development.
Principal Investigator "Changes in Policy and Pregnancy Outcomes." 2R01HD32134-03A1
$443,173 1999-2002;  $436,453 1996, July, 1998-June, 2004

National Institute of Child Health and Human Development. Small Business Innovative Research Grant, Phase 1. Principal Investigator  "Health Access GIS Data Base for Women and Children in North Carolina and South Carolina" R43 HD165309-01A1, $100,000  May, 1999.October, 1999

National Institute of Environmental Health Sciences.  Small Business Innovative Research Grant, Phase 1., Co-investigator.  "Lead Risk Data Base for North Carolina" R43 HDES09568-01, $100,000  August, 1999- January, 2000.

National Institute of Aging. Small Business Innovative Research Grant, Phase 1., Co-investigator.  "Health Access GIS Data Base for the Elderly in North Carolina and South Carolina" R43 HD36951-01, $100,000  August, 1999- January, 2000.

James C. Shannon Director's Award.  National Institute of Child Health and Human Development. Principal Investigator.  "Changes in Abortion Policy on Pregnancy Outcomes."  $100,000.  1994-1996.

National Institute of Aging Research Scientist Development Award. "Family Demography of Aging." $224,957. 1993-1996.

Duke University Center for Long-Term Care Glaxo Career Development Award. $5,000. 1993

Duke University Research Council Grant, $1,200.  1992.

Canadian Government Canadian Studies Research Award, $4,500. 1992.

Expert Witness

*Shaber et al., v. Pinebrook Estates, LLC, et al.*  Case No. 3113-CV-017 (SD Ohio)

*Everett et. al. v. Pitt County Bd. of Education*, No. 6:-69-CV-702-H (ED. N.C.)

**Greater New Orleans Fair Housing Action Center et al. v. St. Bernard Parish et al.**
 **Civil Action No. 2:12-cv-322  E.D. Louisiana.**

*Latinos Unidos del Valle del Napa Y Solano, et al. v. County of Napa.* California Superior Court

*The Inclusive Communities Project, Inc. v. The Texas Department of Community Affairs, et al.* Case No. 3:08-CV-00546-D (N.D. Texas)

*The Inclusive Communities Project, Inc. v. The Town of Flower Mound,* Case No. 4:08-CV-0455(N.D. Texas)

*Jerry R. Kennedy, et al., v. The City of Zanesville, et al.*, Case No. C2:03-CV-1047 (S.D. Ohio).

*Anderson Group, LLC v. City of Saratoga Springs* Case No. 05-cv-1369 GLS/DRH (NDNY).

*Antonia Manuel et al v. City of Lake Worth*, Case No. 06-81143 (S.D. Florida).

*Shirley Berry, et al. v. Town of Tarboro, et al.,* Civ. No. 4:01  CV-140-H3 (E.D. North Carolina)

*State v. Nicholas Jason Bryant*, Douglas County Superior Court, 04-CR-579, Georgia

<u>Reports, Paper Presentations and Seminars</u>

"Disruptive Demographic and the North Carolina Workforce." Manufacturing Summit annual Meeting, North Carolina Chamber of Commerce, Greensboro, N.C., June 4, 2015.

" Local Political Geography and Racial Inequality: Spatial Evidence from Advocacy and Litigation." Center for Urban and Regional Studies, university of North Carolina at Chapel Hill, February 25, 2015.

" Local Political Geography and Racial Inequality"  Kenan Institute on Ethics, Duke University, February 8, 2015.

"Local Political Geography and Institutionalized Racial Inequality."  Bowdoin College, October 24, 2013.

<u>"</u>Assessing Rockingham County's Economic Development Landscape."  Allan M. Parnell and James H. Johnson, Jr., October, 2012, Prepared for the Reidsville Area Foundation<u>.</u>

Projecting Enrollment Demand at Central Piedmont Community College, 2012-2022  Stephen Appold, James H. Johnson, Jr. and Allan M. Parnell, October 2012, Prepared for Central Piedmont Community College.

 "Demographic Trends in the South" NAACP LDF, Airlie, VA., October 12, 2012.

"Disparate Impact Theory, Housing and Civil Rights," National Legal Aid and Defenders Litigation Directors Meeting, Austin, TX., July, 2012.

"Disruptive Demographics: Implications for K-12 Education."  Summer Leadership Conference, Western Region Education Services, Alliance, Asheville, NC, June 2012.

"Disruptive Demographics and the American South, James H. Johnson, Jr. and Allan M. Parnell, University of North Carolina. FEDEX Global Education Center, Future of the South, April, 2012.

"Evidence in Support of Disparate Impact Claims," National Legal Aid and Defenders, Washington, D.C., December, 2011.

Rockingham County Competitiveness Assessment, James H. Johnson, Jr. and Allan M. Parnell, January 2011, Prepared for the Reidsville Area Foundation<u>.</u>

"Uses of Census Data in Housing Litigation." National Legal Aid and Defenders, Chicago, July, 2010.

"Local Political Geography and Institutionalized Racial Inequality"  University of Alberta. Edmonton, Alberta, March 24, 2010.

"Modern Techniques to Investigate and Prove Title VI Discrimination in the Provision of Services." U.S. Department of Justice, 2009 Title VI Conference: Celebrating the 45th Anniversary of the Legislation and Exploring current Issues in Enforcement. July 20, 2009.

"Kennedy v. Zanvesville:  Legal and Expert Issues in a Landmark Civil Rights Case."  Reed Colfax and Allan M. Parnell, University of North Carolina School of Law. April 13, 2009.

"Exposing Invisible Fences:  GIS Analysis in Civil Rights Litigation." Department of Sociology, University of Illinois-Champagne-Urbana, March 13, 2009.

"Kennedy v. Zanesville: Successful Application of GIS Analysis is Civil Rights Litigation." Presented at Housing Justice Network Annual Meeting. Washington, D.C. December 14, 2008.

"Local Political Geography and Institutionalized Racial Inequality."  Department of Sociology, University of Oklahoma. October 31, 2008.

"(Un)Safe at Home: The Health Consequences of Sub-standard Farm Labor Housing" Don Villarejo, Marc Schenker, Ann Moss Joyner, Allan M. Parnell. Commissioned by California Rural Legal Assistance and The California Endowment, Presentation at The Rural Justice Forum, Los Angeles, October 27, 2008.

"Demographic Trends in North Carolina: Diversity and Aging."  Wake Partnership for Education, Raleigh, N.C., October 13, 2009.

"People on the Move:  Implications for Health Care."  ACS Healthcare Solutions Trendsetters Conference, Amelia Island, FL., September 26, 2008.

"Mapping Inequality" California Rural Legal Assistance Plenary Presentation, Monterrey, CA.  May 5, 2009.

"Spatial Inequality."  Northwest Justice Project, Seattle, April 28, 2008.

"Mapping the Changing Racial Ecology of a Small American City: Methodological Lessons from Landscape Ecology" Allan M. Parnell, Ben Marsh, and Daniel Lichter.  Presented at the Annual Meetings of the Association of American Geographers, Boston, 2008.

"Local Political Geography and Institutionalized Racial Inequality" Center for Social and Demographic Analysis, University at Albany, SUNY March 14, 2008.

"Local Political Geography and Institutionalized Racial Inequality" University of North Carolina Center for Urban and Regional Studies, Chapel Hill, N.C. November 2, 2007.

"Local Political Geography and Racial Residential Segregation" Southern Demographic Association Annual Meeting, Birmingham, AL., October 13, 2007

"Applications of GIS: Municipal Underbounding" 2006 Hispanic Bar Association Meeting, San Francisco, September 1, 2006.

"GIS Application in Civil Rights." National Legal Aid and Defenders Litigation Directors Conference, Snow Bird, Utah, June 2, 2006

"Assessing the Effectiveness of Section 5 Pre-clearance of Annexations in North Carolina" Allan M. Parnell, Ben Marsh and Anita S. Earls.  Presented at Voting Rights Research Initiative Conference, Warren Institute, University of California Law School, Washington, DC.  February 12, 2006.

"Racial Residential Segregation in Small North Carolina Towns."  Carolina Population Center, University of North Carolina at Chapel Hill, November 17, 2005

"Gerrymandering Racial Residential Segregation" Center for Urban and Regional Analysis, Ohio State University, May 13, 2005.

"The Persistence of Political Segregation: Racial Underbounding in North Carolina."  Allan M. Parnell, Ann Moss Joyner, Ben Marsh and Carolyn J. Christman, Presented at Invisible Fences Conference, University Of North Carolina Law School, Chapel Hill, November 12, 2004.

"Medicare and Longevity in International Perspective" William H. Dow [and Allan M  Parnell, Max Plank Institute for Demographic Studies, Rostock, Germany, October 1, 2003]

"Addressing Racial Disparities in Local Government Actions." Presentation to the University of North Carolina School of Law Center for Civil Rights Annual Board Meeting, April 8, 2003

"Annexation and Racial Exclusion."  Ann Moss Joyner and Allan Parnell. 2003. University of North Carolina Institute of Government, December 9, 2003.

"Racial Exclusion:  The Case of Mebane, North Carolina"  Board Meeting of the UNC Law School Center of Civil Rights, April 18, 2003.
"The North Carolina State Abortion Law as a Natural Experiment".  Allan Parnell and S. Philip Morgan. . Presented at the 1999 Annual Meeting of the Population Association of America, New York.

"Changes in Abortion Funding and Pregnancy Outcomes." Allan M. Parnell, Philip Cook, Michael Moore and Deanna Pagnini. Presented at the 1996 Annual Meeting of the Population Association of America, New Orleans, La.

"The Functional and Health Status of Older Australian Couples." Allan M. Parnell, Max A. Woodbury and Gary R. Andrews. Presented at the 1995 Annual Meeting of the Gerontological Society of America, Los Angeles, Ca. and the Annual Meeting of the Southern Demographic Association, Richmond, Va.

"Family Support and the Probability of Institutionalization"  Presented at the 1995 Annual Meeting of the Gerontological Society of America, Los Angeles, Ca.

"Application of Individual-Level Multistate Models with Union Histories" Seminar in the Department of Demography, Australia National University, July 22, 1995.

"Multistate Union Models in the United States and Canada." with Carol J. Patterson.  Presented at the 1993 Annual Meeting of the Population Association of America, San Francisco, Ca.

"Applications of Grade of Membership Models in Family Demography."  Carolina Population Center Seminar, January 12, 1995

"Family Patterns of Health and Functional Ability."  Allan M. Parnell George C. Myers and Carol J. Patterson.  Presented at the AHEAD Early Results Workshop, ISR, Ann Arbor, MI. Oct 11, 1994

"Third World Population Growth and U.S. Security."  Allan M. Parnell and Robert Gardner.  Presented at the Navy and Marine Intelligence Training Center, Virginia Beach, VA., August 22, 1994.

"Conservative Religion and Family Formation." with John Wilson, Allan M. Parnell and Deanna Pagnini. Presented at the 1994 Annual Meeting of the Southern Sociological Society, Raleigh, N.C.
"Multistate Models of Union Histories in Canada."  Allan M. Parnell, Carol J. Patterson. Presented at the 1994 Annual Meeting of the Southern Sociological Society, Raleigh, N.C.

"Methods of Family Demography."  Presented at the Russian Academy of Mathematics and Economics, St. Petersburg, Russia, January 7, 1994.

"Informal Support Among the Elderly in Australia."  Allan M. Parnell, Deanna Pagnini and Gary Andrews.  Presented at the 1993 Annual Meeting of the Gerontological Society of America, New Orleans, LA.

"Union Stability in Canada."  Allan M. Parnell, V.S. Thomas and G. O'Neill. Presented at the 1993 Annual Meeting of the Population Association of America, Cincinnati, Ohio.

"Nonmarital Cohabitation in Canada."  Allan M. Parnell, G. O'Neill and V.S. Thomas.  Presented at the 1992 Annual Meeting of the Southern Demographic Association, Charleston, S.C. 1992.

"Cohort Succession Prospects: A Cross-National View."  George C. Myers and Allan M. Parnell. Presented at the 1992 Intercongress Meeting of the Committee on Aging of the International Sociological Association. Stockholm. 1992.

"Women's Work and Breastfeeding in Ghana:  An Analysis of the 1988 Ghana Demographic and Health Survey."  Kofi D. Benefo and Allan M. Parnell.  Presented at the Demographic and Health Survey World Conference, August 5, 1991, Washington, DC

"Health Consequences of Family Planning Programs."  Presented at the Fellows Seminar, Population Reference Bureau, June 18, 1989.

"Family Planning and the Health of Women and Children in the Developing World."  Presented at Bucknell University, April 6, 1989.

"Remarriage in Tangshan: Social Response to a Natural Disaster," Dai Kejing,Chen Xiangming and Allan M. Parnell.  1988 annual meetings of the Southern Sociological Society, Nashville.

"How Important is Marriage, Anyhow?" Ronald R. Rindfuss and Allan M. Parnell. 1986 annual meeting of the Population Association of America, San Francisco, California.

"Delayed Childbearing Among Malaysian Chinese: A Deviation Within the Chinese Fertility Pattern," Allan M. Parnell and Roger Nemeth.  Paper presented at the 1982 annual meeting of the Canadian Population Society, Ottawa, Ontario.

Respectfully Submitted,

_____          June 29, 2015