# EXHIBIT

# 27

Expert Report
Christopher Wildeman, Ph.D.
Associate Professor of Policy Analysis & Management, Cornell University

Civil Action No. 1:14-cv-6410

THE FORTUNE SOCIETY, INC.

v.

SANDCASTLE TOWERS HOUSING DEVELOPMENT FUND CORP., SARASOTA
GOLD LLC, E & M ASSOCIATES LLC, and WEISSMAN REALTY GROUP LLC

**INTRODUCTION**

The purpose of this report is to estimate the degree of racial disparity in the lifetime risk of being convicted of a crime. I use the lifetime risk of being incarcerated as a proxy for the lifetime risk of criminal conviction because the highest-quality data available is on incarceration rather than conviction and provides a sound basis for estimating conviction disparities by race. I conclude that Blacks and Hispanics are much more likely than Whites[1] to have been convicted of a crime.

Although racial disparities in the incarceration rate at the national, state, and local levels are well-known, racial disparities in incarceration are an imperfect proxy for racial disparities in the cumulative risk of ever being incarcerated because the incarceration rate includes individuals incarcerated for the first time and those who have been incarcerated many times before.

In this report, I use data from (a) the National Longitudinal Survey of Youth 1979 and (b) the 2004 Survey of Inmates in State and Federal Correctional Facilities, the National Corrections Reporting Program, year-end prison reports, and CDC Wonder to generate three sets of estimates regarding racial disparities in the cumulative risk of experiencing incarceration. Specifically, I estimate **(1)** what proportion of White, Hispanic, and Black 47-55 year olds have ever been incarcerated and disproportionality in incarceration using data from the National Longitudinal Survey of Youth 1979. I also estimate **(2)** what proportion of White, Hispanic, and Black 47-55 year olds earning at least $30,000 in 2012 have ever been incarcerated and disproportionality in incarceration, using data from the National Longitudinal Survey of Youth 1979. Using the likelihood of incarceration of this age group to indicate lifetime risk comports with the best available data and is methodologically sound because few individuals experience incarceration their first incarceration at older ages (Bonczar 2003). Finally, I estimate **(3)** what proportion of

---

[1] Throughout this report, I use White to refer to non-Hispanic Whites and Black to refer to non-Hispanic Blacks.

White, Hispanic, and Black adults have ever been imprisoned in New York state and disproportionality in imprisonment in New York state using data from the 2004 Survey of Inmates in State and Federal Correctional Facilities, the National Corrections Reporting Program, year-end reports of prisoners and CDC Wonder. Because the NLSY79 data include both prison and jail incarceration—meaning they provide the best proxy for having ever been convicted of a crime of any available data—I focus especially on those estimates in this report.

The estimates from the National Longitudinal Survey of Youth 1979 indicate that Hispanics are 2.51 times as likely to have ever been incarcerated as Whites, while Blacks are 4.40 times as likely to have ever been incarcerated as Whites. Among individuals earning at least $30,000 annually in 2012, Hispanics are 2.45 times as likely to have ever been incarcerated as Whites, while Blacks are 4.88 times as likely to have ever been incarcerated as Whites (Table 1). Large racial disparities in having ever been convicted also persist when I limit the sample to individuals making $30,000 to $70,000, more than $40,0000, and $40,000 to $70,000 annually (Table A1), which means that regardless of the income threshold applied, there are large racial disparities in the cumulative risk of having ever been incarcerated in the NLSY79 data.

The estimates I produce from the 2004 Survey of Inmates in State and Federal Correctional Facilities, the National Corrections Reporting Program, year-end reports of prisoners and CDC Wonder indicate that in New York, disproportionality in the risk of prior imprisonment is even greater. Hispanics living in New York are between 5.13 times and 5.97 times as likely to have ever been imprisoned as Whites living in New York, while Blacks living in New York are between 7.07 times and 8.04 times as likely to have ever been imprisoned as Whites living in New York, suggesting that the racial disproportionality that I find in the nationally representative data from the NLSY79 translates also to New York specifically.

Taken together, these estimates, which use the highest-quality data available and scientifically validated statistical techniques, indicate that Hispanics and Blacks are far more likely to have ever experienced prison or jail incarceration than are Whites, regardless of whether national data or New York data are used and income thresholds are or are not applied. Because Black-White and Hispanic-White disparities in conviction and incarceration are substantial across a range of offense types—including, but not limited to, disorderly conduct, burglary, theft, robbery, aggravated assault, murder, and drug crimes—it is incredibly unlikely that removing only a handful of specific offense types from the analysis, which is not possible with the data at hand for a number of reasons, would change the conclusion of this report in any substantial way.

## QUALIFICATIONS AND PRIOR TESTIMONY

I am a demographer who has generated estimates of the cumulative risk of imprisonment for adult males (Western and Wildeman 2009) and the cumulative risk of parental imprisonment (Wildeman 2009). Through this work, as well as other work using life tables, I have become an expert on using these methods to estimate cumulative risks. My Curriculum Vitae is attached as Exhibit 1 and identifies all publications I have authored in the last 10 years. I have not testified as an expert at trial or by deposition in any other cases in the previous four years.

## COMPENSATION

I am being compensated at the rate of $200 per hour, up to $10,000, for my report and testimony in this case.

## DATA AND METHODS

**Data**

In this section, I describe the data used to generate the estimates discussed above. First, I use data

from the National Longitudinal Survey of Youth 1979 (hereafter NLSY79). According to the

Bureau of Labor Statistics, "[t]he NLSY79 Cohort is a longitudinal project that follows the lives

of a sample of American youth born between 1957-64. The cohort originally included 12,686

respondents ages 14-22 when first interviewed in 1979; after two subsamples were dropped,

9,964 respondents remain in the eligible samples" (2015). The NLSY79 data include a wealth of

information not only about the labor market experiences of this cohort, but also about their

incarceration experiences. Specifically, the NLSY79 asked respondents what type of housing

they were living in at each wave of data collection, including jail or prison as one possibility.

As a dataset that is generally considered excellent in terms of both attrition and length of

follow-up and one of the earliest data sets to include high-quality information on incarceration

across multiple waves, the NLSY79 data have been used not only to estimate what proportion of

Americans have ever been incarcerated (e.g., Pettit and Western 2004) but also how having a

history of incarceration affects a range of life-course outcomes (e.g., Lopoo and Western 2005;

Massoglia 2008; Schnittker and John 2007; Western 2002). Because the NLSY79 data include

information on incarceration only for those residing in a prison or jail at the time the survey is

administered, these data are generally considered to provide a nearly perfect measure of prison

incarceration and a very precise estimate of long jail stays (often indicating convictions for more

serious misdemeanors) rather than very short jail stays (often indicating no conviction, especially

if an individual had the economic resources to make bail while they were awaiting trial). Because

these data provide information on both prison and jail incarceration, they provide the highest-

quality data available for estimating being convicted of a crime, including both felonies and

misdemeanors, which often comes with some sort of custodial sentence. The data also provide a nearly perfect estimate of felony conviction because they measure prison incarceration so well.

For the purposes of the estimates presented in this report, the NLSY79 is distinctive not only because it includes excellent information on incarceration history, but also because it includes measures on earned income at each wave. This makes it possibility to estimate what proportion of any group of individuals had ever been incarcerated above and below some specific income threshold. This is a unique benefit of the NLSY79 relative to other surveys that also include information on incarceration, as most other surveys that include information on incarceration provide only periodic information on earned income or sufficiently broad income categories (i.e., $25,000-$49,999) that they do not allow fine-grained analyses by income.

For the current analysis, a limitation of the NLSY79 is that because it is nationally representative, it is unclear how estimates generated using these data relate to specific places, such as New York. In order to overcome this limitation, I also rely on data from the 2004 Survey of Inmates in State and Federal Correctional Facilities (hereafter Survey of Inmates; Bureau of Justice Statistics 2015a, 2015b), from the National Corrections Reporting Program (hereafter NCRP; Bureau of Justice Statistics 2015b),[2] from year-end reports of prisoners (Beck and Harrison 2005), and from CDC Wonder (Centers for Disease Control and Prevention 2015).

For the current analysis, the most important data set is the Survey of Inmates. The Survey of Inmates asks a broad range of questions about criminal history, medical problems, and conditions of confinement, among other things. The Survey of Inmates also provides some information about where the inmate was living at the time of their arrest and where the prison

---

[2] Although these data are not publicly available due to concerns about confidentiality (which is why I relied on the national estimates of the adjustment factor in this analysis), because there are very small racial disparities in the adjustment factor (Boncar 2003; Bonczar and Beck 1997), these data have a negligible effect on the results herein.

they are living in is located, but most of this information is excluded in the public release version

of the data in the interest in preserving confidentiality. The public release version of the data

does indicate, however, what state the inmate was living in at the time of their arrest, which

makes it possible to estimate the cumulative probability of imprisonment by age for Whites,

Hispanics, and Blacks living in New York. Although generating race-specific estimates such as

these for some small states (such as Alaska or Montana) would not be scientifically defensible

because of the small number of cases in these data, estimates based on New York, which is one

of the sampling regions for the analysis, will be highly stable because of the large number of

inmates in each racial/ethnic group living in New York at the time of their most recent arrest.

I also use information from the NCRP, which measures flows in and out of prisons for

selected states (including New York), year-end reports of prisoners, and CDC Wonder. Data

from the NCRP and year-end prison reports, while important for the precision of the cumulative

risk estimates, have little effect on racial/ethnic disparities in imprisonment (for reasons to be

discussed in the next section), so I do not discuss these data sets in detail (for more information,

see especially Bonczar 2003; Bonczar and Beck 1997; Pettit and Western 2004). CDC Wonder

provides information on the population at risk of experiencing imprisonment in New York by

providing population counts of the population by age and race/ethnicity for the year 2004.


**Methods**

For the analysis of the NLSY79, the methods used are simple and make minimal assumptions.

Specifically, all I do to generate estimates of the cumulative risk of incarceration by race, is see

what proportion of the population still in the sample in 2012 has ever said that they were living

in a prison or jail at any survey wave (see especially Pettit and Western 2004 for discussion). I

then limit the sample to those who reported they had earned over $30,000 in the last year in 2012, the last year for which data from the NLSY79 are available, for some of the analyses.

The one piece of the analysis of the NLSY79 that requires a bit of clarification is the survey weights. Although I use survey weights for all analyses of the NLSY79 so the data are nationally representative, analyses that did not use the survey weights provided nearly identical and substantively indistinguishable results relative to the analyses using weights presented here.

The estimates of the cumulative risk of imprisonment are more complex and, hence, require elaboration. In the simplest terms possible, I use information on first-time imprisonments in New York by age group (18-24, 25-29, 30-34, 35-39, 40-44, 45-49, 50-54, and 55-59) and race (non-Hispanic White, Hispanic, and non-Hispanic Black) to estimate what proportion of White, Hispanic, and Black New Yorkers could expect to experience imprisonment by any given age if they were subjected to the 2004 risks of imprisonment at each age. This method, which is called a synthetic cohort life table, has been widely used in both the academic literature of the cumulative prevalence of imprisonment (e.g., Pettit and Western 2004; Wildeman 2009) and government reports on the same topic (e.g., Bonczar 2003; Bonczar and Beck 1997). It is also the method used by the United States Census Bureau for estimating life expectancy at birth in the United States. Thus, this is an easily defensible scientific method that can be used to estimate the portion of the population that can expect to ever have experienced imprisonment by any age.

The Survey of Inmates provides the core of these estimates, as it provides counts of first-time imprisonments for New York between mid-year 2003 and mid-year 2004 using the criminal history calendar to estimate whether the current imprisonment happened in the last year and was the first time the inmate had been imprisoned. As with the NLSY79 analyses, I apply the survey weights to make the data representative of inmates in New York. Since New York is one of the

7

sampling regions, applying weights at this level of analysis provides reliable, precise estimates of the number of first-time imprisonments in the last year in New York by age and race.

Unfortunately, the Survey of Inmates undercounts short prison stays, and so estimates of the cumulative risk of imprisonment must be adjusted up slightly using data from the NCRP. Although this estimate affects the level of the cumulative risk, it only negligibly affects the racial disparity in the cumulative risk of imprisonment, as race-specific differences in this adjustment factor are quite small. In the first government report to generate estimates of the cumulative risk of imprisonment in the United States population, for instance, Bonczar and Beck (1997:11) show that the adjustment factor is 1.262 for Whites, 1.146 for Hispanics, and 1.261 for Blacks. Comparably small changes in the racial disparity in the cumulative risk of imprisonment are introduced by using year-end prison population adjustments, so these techniques are also not discussed in detail since the goal of this report is to focus on racial inequality in imprisonment.

**RESULTS**

**Results from the NLSY79**

Table 1 presents estimates of the cumulative risk of incarceration for Whites, Hispanics, and Blacks by age 47-55 in the NLSY79 cohort, as well as estimates of racial disproportionality—expressed as a ratio—in the cumulative risk of incarceration for the NLSY79 study cohort.

According to my analyses, 2.39% of Whites in the NLSY79 study cohort ever experienced incarceration between the beginning of the study in 1979 and the last wave of data collection that is publicly available from 2012. For Hispanics, the cumulative risk is 5.99%, and for Blacks it is 10.61%. This indicates a high level of racial disproportionality in the cumulative risk of incarceration in the NLSY79 study cohort. Hispanics are 2.51 times as likely to have ever

experienced incarceration as Whites are. Blacks are 4.40 times as likely to have ever experienced incarceration as Whites are, indicating a higher level of disproportionality than for Hispanics.

For the current analysis, it is also important to consider how the cumulative risks of incarceration vary among those earning at least $30,000 in the last study wave (in 2012). Among individuals in the NLSY79 study cohort over this earnings threshold, cumulative rates of incarceration were much lower. Whites above the threshold have a 0.91% chance of ever having been incarcerated, while Hispanics above the income threshold had a higher cumulative risk of incarceration than Whites at 2.23%. Blacks in the NLSY79 study cohort above the income threshold had the highest cumulative risk of incarceration at 4.44%. It is worth noting before moving on to considering racial disproportionality that this means Blacks above the income threshold were 1.88 times as likely to have ever been incarcerated as all Whites (4.44/2.39), including both Whites earning more than $30,000 and Whites earning less than $30,000.

Again limiting the analysis only to individuals earning more than $30,000 annually, this means that Hispanics above this earnings threshold are 2.45 times as likely to have ever experienced incarceration as Whites who are also above it. And Blacks earning over $30,000 are 4.88 times as likely to have ever experienced incarceration as Whites above the threshold.

Table A1 shows that when the NLSY79 sample is restricted in a number of ways—to those making $30,000 to $70,000, those making more than $40,000, and those making $40,000 to $70,000—there continue to be substantial racial disparities in incarceration in these data.

**Results from New York**

Table 2 presents estimates of the cumulative risk of imprisonment based on 2004 first-time prison admission rates for Whites, Hispanics, and Blacks living in New York at the time of their

arrest. These estimates buttress the case for racial disproportionality in incarceration by using data from New York state rather than nationally representative data from the NLSY79.

According to estimates presented in Table 2, 1.47% of Whites living in New York will have ever experienced imprisonment by their late 50s. Hispanics living in New York have much higher cumulative risks of imprisonment, with 8.77% of Hispanics living in New York ever experiencing imprisonment by their late 50s. Interestingly, Hispanics living in New York are more likely to have ever been imprisoned by age 18-24 (3.02%) than Whites living in New York are to have ever experienced imprisonment by age 55-59 (1.47%). Blacks living in New York have the highest cumulative risks of imprisonment. According to my estimates, 11.66% of Blacks living in New York will have ever experienced imprisonment by their late 50s. And as with Hispanics, Black New Yorkers are more likely to have ever experienced imprisonment by their late teens and early 20s (3.81%) than Whites are to experience it by their late 50s (1.47%).

Table 2 also presents estimates of racial disproportionality in the cumulative risk of imprisonment for New Yorkers at eight different age groups. Depending on the age, Hispanics living in New York are anywhere between 5.13 times as likely to have ever been imprisoned as White New Yorkers (at age 35-39) and 5.97 times as likely to have ever been imprisoned as White New Yorkers (at age 55-59). Black New Yorkers are also much more likely to have ever been imprisoned than White New Yorkers. According to my estimates, Black New Yorkers are anywhere between 7.07 times as likely to have ever experienced imprisonment as White New Yorkers (at age 35-39) and 8.04 times as likely to have ever experienced imprisonment as White New Yorkers (at age 50-54). This indicates that regardless of the age, there is a high degree of racial disproportionality in history of imprisonment for individuals living in New York state.

10

Because nearly half of the population of New York state resides in New York city, these estimates can be thought of as applying not only to New York state but also New York city because the disparities would need to be dramatically different in New York city and elsewhere in the state for the disparities shown in Table 2 to not also apply to New York city, and there is no reason to expect that racial disparities in New York city and other parts of the state do differ.

**CONCLUSION**

This report drew on the best available data—the NLSY79 and a host of administrative and survey datasets on inmates—in order to estimate cumulative risks of incarceration and racial disproportionality in incarceration for a national sample of Americans and in New York state. This is the best available data, and a sound method, to estimate the racial disproportionality of people's lifetime risk of criminal conviction.

The results show high cumulative risks of incarceration for Hispanics and (especially) Blacks in both data sets. In New York state, for instance, nearly 12% of Blacks can expect to have ever been imprisoned on the basis of 2004 first-time imprisonment rates. For Hispanics living in New York, the cumulative risk of imprisonment was also high, nearly reaching 8%.

For the current analysis, the more important detail is that in all three stages of the analysis—the analysis considering the national sample, the analysis considering the national sample with an income threshold imposed, and the analysis considering only New York—the results show a high level of disproportionality in incarceration between Blacks and Whites and Hispanics and Whites. For Hispanic-White disproportionality, the lowest estimates indicated that Hispanics were 2.45 times as likely to have ever been incarcerated as Whites, with the highest estimates indicating that Hispanics were 5.97 times as likely to have ever been incarcerated as

Whites. For Black-White disproportionality, the lowest estimates indicated that Blacks were 4.40 times as likely to have ever been incarcerated as Whites, with the highest estimates indicating that Blacks were an alarming 8.07 times as likely to have ever been incarcerated as Whites.

On the basis of this analysis, I conclude that racial disproportionality in having a history of incarceration is high in a national sample and that it continues to be high regardless of whether an income threshold is imposed or whether the analysis is limited specifically to New York state. Furthermore, I conclude from this analysis that racial disproportionality in having a history that includes a criminal conviction is comparably high.

06.22.2015

## REFERENCES

Beck, Allen J., and Paige M. Harrison. 2005. *Prisoners in 2004*. Washington, DC: Bureau of Justice Statistics.

Bonczar, Thomas P. 2003. *Prevalence of Imprisonment in the U.S. Population, 1974-2001*. Washington, DC: Bureau of Justice Statistics.

Bonczar, Thomas P., and Allen J. Beck. 1997. *Lifetime Likelihood of Going to State or Federal Prison*. Washington, DC: Bureau of Justice Statistics.

Bureau of Justice Statistics. 2015a. *Data Collection: Survey of Inmates in State Correctional Facilities (SISCF)*. Washington, DC: Bureau of Justice Statistics. Available online at: http://www.bjs.gov/index.cfm?ty=dcdetail&iid=275.

Bureau of Justice Statistics. 2015b. *Data Collection: Survey of Inmates in Federal Correctional Facilities (SIFCF)*. Washington, DC: Bureau of Justice Statistics. Available online at:

http://www.bjs.gov/index.cfm?ty=dcdetail&iid=273.

Bureau of Justice Statistics. 2015c. *Data Collection: National Corrections Reporting Program (NCRP)*. Washington, DC: Bureau of Justice Statistics. Available online at: http://www.bjs.gov/index.cfm?ty=dcdetail&iid=268.

Bureau of Labor Statistics. 2015. *National Longitudinal Surveys: The NLSY79*. Available online at: http://www.bls.gov/nls/nlsy79.htm.

Centers for Disease Control and Prevention. 2015. *Bridged Race-Population Estimates*. Available online at: http://wonder.cdc.gov/bridged-race-population.html.

Lopoo, Leonard M., and Bruce Western. 2005. "Incarceration and the Formation and Stability of Marital Unions." *Journal of Marriage and Family* 67:721-734.

Massoglia, Michael. 2008. "Incarceration as Exposure: The Prison, Infectious Disease, and Other Stress-Related Illnesses." *Journal of Health and Social Behavior* 49:56-71.

Pettit, Becky, and Bruce Western. 2004. "Mass Imprisonment and the Life Course: Race and Class Inequality in US Incarceration." *American Sociological Review* 69:151-169.

Schnittker, Jason, and Andrea John. 2007. "Enduring Stigma: The Long-Term Effects of Incarceration on Health." *Journal of Health and Social Behavior* 48:115-130.

Western, Bruce. 2002. "The Impact of Incarceration on Wage Mobility and Inequality." *American Sociological Review* 67:526-546.

Wildeman, Christopher. 2009. "Parental Imprisonment, the Prison Boom, and the Intergenerational Transmission of Disadvantage." *Demography* 46:265-280.

**Table 1: Cumulative Risk of Incarceration and Racial Disproportionality in Incarceration by Age 47-55 for White, Hispanic, and Black Males and Females, National Longitudinal Survey of Youth 1979 (NLSY79)**

| | Cumulative Risk | | | Racial Disproportionality | |
|---|---|---|---|---|---|
| | White | Hispanic | Black | Hispanic/White | Black/White |
| Entire NLSY79 Cohort | | | | | |
| Cumulative Risk (%) | 2.39 | 5.99 | 10.61 | --- | --- |
| Racial Disproportionality | --- | --- | --- | 2.51 | 4.40 |
| Only Those Earning >$30K in 2012 | | | | | |
| Cumulative Risk (%) | 0.91 | 2.23 | 4.44 | --- | --- |
| Racial Disproportionality | --- | --- | --- | 2.45 | 4.88 |

*Note*: Analyses based on the full cohort are: 3,335 for Whites, 1,407 for Hispanics, and 2,290 for Blacks. Analyses based on those making more than $30,000 in 2012 are: 1,903 Whites, 638 for Hispanics, and 843 for Blacks.

14

**Table 2: Cumulative Risk of Imprisonment and Racial Disproportionality in Imprisonment by Age for White, Hispanic, and Black Males and Females Living in New York at the Time of Their Imprisonment[a]**

| | Cumulative Risk | | | Racial Disproportionality | |
|---|---|---|---|---|---|
| | White | Hispanic | Black | Hispanic/White | Black/White |
| Cumulative Risk by Age (%) | | | | | |
| 18-24 | 0.52 | 3.02 | 3.81 | --- | --- |
| 25-29 | 0.86 | 5.06 | 6.17 | --- | --- |
| 30-34 | 1.13 | 6.14 | 8.46 | --- | --- |
| 35-39 | 1.35 | 6.92 | 9.55 | --- | --- |
| 40-44 | 1.42 | 7.36 | 11.22 | --- | --- |
| 45-49 | 1.44 | 8.03 | 11.57 | --- | --- |
| 50-54 | 1.45 | 8.31 | 11.66 | --- | --- |
| 55-59 | 1.47 | 8.77 | 11.66 | --- | --- |
| Racial Disproportionality by Age | | | | | |
| 18-24 | --- | --- | --- | 5.81 | 7.33 |
| 25-29 | --- | --- | --- | 5.88 | 7.17 |
| 30-34 | --- | --- | --- | 5.43 | 7.49 |
| 35-39 | --- | --- | --- | 5.13 | 7.07 |
| 40-44 | --- | --- | --- | 5.18 | 7.90 |
| 45-49 | --- | --- | --- | 5.65 | 8.03 |
| 50-54 | --- | --- | --- | 5.73 | 8.04 |
| 55-59 | --- | --- | --- | 5.97 | 7.93 |

*Note*: The weighted number of observations in New York in the final analytic sample was 10,829. Of these, 2,191 were White, 3,392 were Hispanic, and 5,186 were Black.
[a] Estimates are based on analyses of data from the Survey of Inmates in State and Federal Correctional Facilities (2004), the National Corrections Reporting Program (2004), year-end prison reports (2004), and bridged age by race estimates provided by the Centers for Disease Control and Prevention's CDC Wonder (2004).

**Table A1: Cumulative Risk of Incarceration and Racial Disproportionality in Incarceration by Age 47-55 for White, Hispanic, and Black Males and Females, National Longitudinal Survey of Youth 1979 (NLSY79)**

|  | Cumulative Risk | | | Racial Disproportionality | |
|---|---|---|---|---|---|
|  | White | Hispanic | Black | Hispanic/White | Black/White |
| **Only Those Earning >$40K in 2012** |  |  |  |  |  |
| Cumulative Risk (%) | 0.80 | 2.15 | 3.05 | --- | --- |
| Racial Disproportionality | --- | --- | --- | 2.69 | 3.82 |
| **Only Those Earning $30-70K in 2012** |  |  |  |  |  |
| Cumulative Risk (%) | 1.37 | 3.00 | 4.76 | --- | --- |
| Racial Disproportionality | --- | --- | --- | 2.19 | 3.47 |
| **Only Those Earning $40-70K in 2012** |  |  |  |  |  |
| Cumulative Risk (%) | 1.36 | 3.20 | 2.79 | --- | --- |
| Racial Disproportionality | --- | --- | --- | 2.35 | 2.05 |

*Note*: Analyses based on those making more than $40,000 in 2012 are: 1,564 Whites, 507 for Hispanics, and 618 for Blacks. Analyses based on those making more than $30,000 but less than $70,000 in 2012 are: 1,154 for Whites, 446 for Hispanics, and 634 for Blacks. Analyses based on those making more than $40,000 but less than $70,000 in 2012 are: 815 Whites, 315 for Hispanics, and 409 for Blacks.

# EXHIBIT

# 1

# CHRISTOPHER WILDEMAN

## CONTACT INFORMATION

OFFICE: 137 Martha Van Rensselaer Hall
Department of Policy Analysis & Management
Cornell University
Ithaca, NY 14853

EMAIL: christopher.wildeman@cornell.edu
PHONE: 607.255.2069
FAX: 607.255.4071

## EMPLOYMENT

2014-   CORNELL UNIVERSITY
Associate Professor of Policy Analysis & Management
Faculty Affiliate. Bronfenbrenner Center for Translational Research (BCTR)
Faculty Affiliate. Center for the Study of Inequality (CSI)
Faculty Affiliate. Cornell Population Center (CPC)
Graduate Fields: Policy Analysis & Management; Sociology

2012-   UNITED STATES DEPARTMENT OF JUSTICE
Visiting Fellow. Bureau of Justice Statistics

2010-2014   YALE UNIVERSITY
Assistant (2010-2013) to Associate (2013-2014) Professor of Sociology
Faculty Fellow. Center for Research on Inequalities and the Life Course (CIQLE)
Faculty Fellow. Institution for Social and Policy Studies (ISPS) (2012-2014)

2008-2010   UNIVERSITY OF MICHIGAN
Robert Wood Johnson Foundation Health & Society Scholar
Postdoctoral Affilitate. Population Studies Center

## EDUCATION

2008   PH.D. IN SOCIOLOGY AND DEMOGRAPHY. PRINCETON UNIVERSITY
*Parental Incarceration, the Prison Boom, and the Intergenerational Transmission of Stigma and Disadvantage* (Committee: Sara McLanahan, Bruce Western, Devah Pager)

2006   M.A. IN SOCIOLOGY AND DEMOGRAPHY. PRINCETON UNIVERSITY
Examinations: Crime and Punishment, Demography, Family Demography, Religion

2002   B.A. IN PHILOSOPHY, SOCIOLOGY, AND SPANISH. DICKINSON COLLEGE
Honors: *Magna Cum Laude*, Departmental Honors in Sociology, Phi Beta Kappa

## BOOKS AND EDITED VOLUMES (* INDICATES REFEREED)

2014   WILDEMAN, CHRISTOPHER, Vesla M. Weaver, and Jacob S. Hacker, eds. *Detaining Democracy? Criminal Justice and American Civic Life.* Special Issue of *ANNALS of the American Academy of Political and Social Science.* 651.

2013     *Wakefield, Sara, and Christopher Wildeman. *Children of the Prison Boom: Mass Incarceration and the Future of American Inequality.* New York: Oxford University Press.
       Reviews: *American Journal of Sociology.* 115:1557-1559.
               *Law & Society Review.* 49:282-284.
               *Probation Journal.* 62:187-189.
               *Sociological Review.* 62:920-922.
               *Theoretical Criminology.* In Press.
               *Times Higher Education.* July 3, 2014.
               *Women's Studies Quarterly.* 43:299-303.

---

## Articles (* Indicates Refereed; [†] Indicates Graduate/Undergraduate Advisee Coauthor)

Forth.     *Lee, Hedwig, Tyler McCormick, Margaret T. Hicken, and Christopher Wildeman. "Inequalities in Connectedness to Imprisoned Individuals in the United States." *Du Bois Review.*

         *Turney, Kristin, and Christopher Wildeman. "Self-Reported Health Among Recently Incarcerated Mothers." *American Journal of Public Health.*

         *Fallesen, Peter,[†] and Christopher Wildeman. "The Effect of Medical Treatment of Attention Deficit Hyperactivity Disorder (ADHD) on Foster Care Caseloads: Evidence from Danish Registry Data." *Journal of Health and Social Behavior.*

         *Andersen, Lars H.,[†] and Christopher Wildeman. "Measuring the Effect of Probation and Parole Officers on Labor Market Outcomes and Recidivism." *Journal of Quantitative Criminology.*

         *Patterson, Evelyn J., and Christopher Wildeman. "Mass Imprisonment and the Life Course Revisited: Cumulative Years Spent Imprisoned and Marked for Working-Age Black and White Men." *Social Science Research.*

         *Bacak, Valerio,[†] and Christopher Wildeman. "An Empirical Assessment of the Healthy Prisoner Hypothesis." *Social Science and Medicine.*

2015     *Papachristos, Andrew V., Christopher Wildeman, and Elizabeth Roberto. "Tragic, but not Random: The Social Contagion of Non-Fatal Gunshot Injuries." *Social Science and Medicine* 125:139-150.

         *Wildeman, Christopher and Lars H. Andersen.[†] "Cumulative Risks of Paternal and Maternal Incarceration in Denmark and the United States." *Demographic Research* 32:1567-1580.

         *Turney, Kristin, and Christopher Wildeman. "Detrimental for Some? The Heterogeneous Effects of Maternal Incarceration on Child Wellbeing." *Criminology and Public Policy* 14:125-156.

2014     *Wildeman, Christopher, and Kristin Turney. "Positive, Negative, or Null? The Effects of Maternal Incarceration on Children's Behavioral Problems." *Demography* 51:1041-1068.

         *Wildeman, Christopher, and Jane Waldfogel. "Somebody's Children or Nobody's Children? How the Sociological Perspective Could Enliven Research on Foster Care." *Annual Review of Sociology* 40:599-618.

---

*WILDEMAN, CHRISTOPHER, Natalia Emanuel,[†] John M. Leventhal, Emily Putnam-Hornstein, Jane Waldfogel, and Hedwig Lee. "The Prevalence of Confirmed Maltreatment Among US Children, 2004-2011." *JAMA Pediatrics* 168:706-713.

*WILDEMAN, CHRISTOPHER, and Natalia Emanuel.[†] "Cumulative Risks of Foster Care Placement for American Children, 2000-2011." *PLOS ONE* 9:e92785.

*WILDEMAN, CHRISTOPHER, Signe Hald Anderson, Hedwig Lee, and Kristian Bernt Karlson. "Parental Incarceration and Child Mortality in Denmark." *American Journal of Public Health* 104:428-433

*Fallesen, Pater,[†] Natalia Emanuel,[†] and CHRISTOPHER WILDEMAN. "Cumulative Risks of Foster Care Placement for Danish Children." *PLOS ONE* 9:e109207.

WILDEMAN, CHRISTOPHER, and Sara Wakefield. "The Long Arm of the Law: The Concentration of Incarceration in Families in the Era of Mass Incarceration." *Journal of Gender, Race, and Justice.* 17:367-389

*Lee, Hedwig, CHRISTOPHER WILDEMAN, Emily A. Wang, Nikki Matusko, and James S. Jackson. "A Heavy Burden? The Cardiovascular Health Consequences of Having a Family Member Incarcerated." *American Journal of Public Health* 104:421-427.

*WILDEMAN, CHRISTOPHER, Kristin Turney, and Jason Schnittker. "The Hedonic Consequences of Punishment Revisited." *Journal of Criminal Law and Criminology* 104:133-163.

WILDEMAN, CHRISTOPHER. "Parental Incarceration, Child Homelessness, and the Invisible Consequences of Mass Imprisonment." *ANNALS of the American Academy of Political and Social Science* 651:74-96

*Wang, Emily A., Jenerius A. Aminawung, CHRISTOPHER WILDEMAN, Joseph S. Ross, and Harlan M. Krumholz. "High Incarceration Rates Among Black Men Enrolled in Clinical Studies May Compromise Ability to Identify Disparities." *Health Affairs* 33:848-855.

*Andersen, Signe Hald, and CHRISTOPHER WILDEMAN. "The Effect of Paternal Incarceration on Children's Risk of Foster Care Placement." *Social Forces* 93:269-298.

Weaver, Vesla M., Jacob S. Hacker, and CHRISTOPHER WILDEMAN. "Detaining Democracy? Criminal Justice and American Civic Life." *ANNALS of the American Academy of Political and Social Science* 651:6-21.

*Papachristos, Andrew V., and CHRISTOPHER WILDEMAN. "Social Networks and Risk of Homicide Victimization in an African-American Community." *American Journal of Public Health* 104:143-150.

*Dumont, Dora, CHRISTOPHER WILDEMAN, Hedwig Lee, Annie Gjelsvik, Pamela Valera, and Jennifer G. Clarke. "Incarceration, Maternal Hardship, and Perinatal Health Behaviors." *Maternal and Child Health Journal* 18:2179-2187.

*Rich, Josiah D., Redonna Chandler, Brie Williams, Dora M. Dumont, Emily A. Wang, Faye Taxman, Scott Allen, Jennifer Clarke, Robert Greifinger, CHRISTOPHER WILDEMAN, Fred Osher, Steven Rosenberg, Craig Haney, and Bruce Western. "How Health Care Reform Can Transform the Health of Criminal Justice-Involved Individuals." *Health Affairs* 33:462-467.

Birnbaum, Nathan, Melissa Lavoie, Nicole Redmond, CHRISTOPHER WILDEMAN, and Emily A. Wang. "Termination of Medicaid Policies and Implications for the Affordable Care Act." *American Journal of Public Health* 108:e3-e4.

2013    *Turney, Kristin, and CHRISTOPHER WILDEMAN. "Redefining Relationships: Explaining the Countervailing Consequences of Paternal Incarceration for Parenting Quality." *American Sociological Review* 78:949-979.

*WILDEMAN, CHRISTOPHER, Hedwig Lee, and Megan Comfort. "A New Vulnerable Population? The Health of Female Partners of Men Recently Released from Prison." *Women's Health Issues* 23:e335-e340.

*WILDEMAN, CHRISTOPHER, Sara Wakefield, and Kristin Turney. "Misidentifying the Effects of Parental Incarceration? A Comment on Johnson and Easterling (2012)." *Journal of Marriage and Family* 75:252-258

*Lee, Hedwig, and CHRISTOPHER WILDEMAN. "Things Fall Apart: Health Consequences of Mass Imprisonment for African American Women." *Review of Black Political Economy* 40:39-52.

*WILDEMAN, CHRISTOPHER, Anna R. Haskins, and Christopher Muller. "Implications of Mass Imprisonment for Inequality among American Children." Pp. 177-191 in *The Punitive Turn: New Approaches to Race and Incarceration*, Edited by Deborah E. McDowell, Claudrena Harold, and Juan Battle. Charlottesville: University of Virginia Press.

Fallesen, Peter,[†] Natalia Emanuel,[†] and CHRISTOPHER WILDEMAN. "Den Kumulative Risiko for Anbringelse Udenfor Hjemmet." Pp. 31-44 in *Nar Man Anbringer et Barn, del 2: Arsager, Effekter og Konsekvenser*, Edited by Signe Hald Andersen and Peter Fallesen. Odense: University Press of Southern Denmark.

WILDEMAN, CHRISTOPHER, and Signe Hald Andersen. "Nar Dar Kommer i Fngsel." Pp. 71-100 in *Nar Man Anbringer et Barn, del 2: Arsager, Effekter og Konsekvenser*, Edited by Signe Hald Andersen and Peter Fallesen. Odense: University Press of Southern Denmark.

2012    *WILDEMAN, CHRISTOPHER, and Christopher Muller. "Mass Imprisonment and Inequality in Health and Family Life." *Annual Review of Law and Social Science* 8:11-30.

*Turney, Kristin, CHRISTOPHER WILDEMAN, and Jason Schnittker. "As Fathers and Felons: Explaining the Effects of Current and Recent Incarceration on Major Depression." *Journal of Health and Social Behavior* 53:467-483.

Muller, Christopher, and CHRISTOPHER WILDEMAN. "Punishment and Inequality." Pp. 169-185 in *Handbook of Punishment and Society*, Edited by Jonathan Simon and Richard Sparks. London: Sage Publications.

*Turney, Kristin, Jason Schnittker, and CHRISTOPHER WILDEMAN. "Those They Leave Behind: Paternal Incarceration and Maternal Instrumental Support." *Journal of Marriage and Family* 74:1149-1165.

*WILDEMAN, CHRISTOPHER. "Imprisonment and Infant Mortality." *Social Problems* 59:228-257.

*WILDEMAN, CHRISTOPHER, Jason Schnittker, and Kristin Turney. "Despair by Association? The Mental Health of Mothers with Children by Recently Incarcerated Fathers." *American Sociological Review* 77:216-243.

*WILDEMAN, CHRISTOPHER. "Imprisonment and (Inequality in) Population Health." *Social Science Research* 41:74-91.

2011    *Wakefield, Sara, and CHRISTOPHER WILDEMAN. "Mass Imprisonment and Racial Disparities in Childhood Behavioral Problems." *Criminology and Public Policy* 10:791-817.

*Wang, Emily A., and CHRISTOPHER WILDEMAN. "Studying Health Disparities by Including Incarcerated and Formerly Incarcerated Individuals." *JAMA* 305:1708-1709.

WILDEMAN, CHRISTOPHER. "Invited Commentary: (Mass) Imprisonment and (Inequities in) Health." *American Journal of Epidemiology* 173:488-491.

WILDEMAN, CHRISTOPHER. "Commentary on Roettger et al. (2011): Confronting the Elephant in the Room." *Addiction* 106:133-134.

2010    *WILDEMAN, CHRISTOPHER. "Mass Parental Imprisonment, Social Policy, and the Future of Inequality in America." Pp. 303-317 in *Children of Incarcerated Parents: A Handbook for Researchers and Practitioners*, Edited by J. Mark Eddy and Julie Poehlmann. Washington: Urban Institute Press.

*WILDEMAN, CHRISTOPHER. "Paternal Incarceration and Children's Physically Aggressive Behaviors: Evidence from the Fragile Families and Child Wellbeing Study." *Social Forces* 89:285-310.
    2008 Outstanding Graduate Student Paper. ASA Crime, Law, and Deviance Section.

WILDEMAN, CHRISTOPHER, and Bruce Western. "Incarceration in Fragile Families." *Future of Children* 20:157-177.

2009    *WILDEMAN, CHRISTOPHER, and Christine Percheski. "Associations of Childhood Religious Attendance, Family Structure, and Nonmarital Fertility Across Cohorts." *Journal of Marriage and Family* 71:1294-1308.

Western, Bruce, and CHRISTOPHER WILDEMAN. "Punishment, Inequality, and the Future of Mass Incarceration." *Kansas Law Review* 57:851-877.

*WILDEMAN, CHRISTOPHER. "Parental Imprisonment, the Prison Boom, and the Concentration of Childhood Disadvantage." *Demography* 46:265-280.
    2008 Dorothy Thomas Award. Population Association of America.
    2007 Outstanding Graduate Student Paper. ASA Children and Youth Section.
    2007 Outstanding Graduate Student Paper. ASA Sociology of Family Section.

Western, Bruce, and CHRISTOPHER WILDEMAN. "The Black Family and Mass Incarceration." *ANNALS of the American Academy of Political and Social Science* 621:221-242.

2008    *WILDEMAN, CHRISTOPHER. "Soliciting Prayer for the Absent, Measuring Their Social Worth: Prayer Requests for the Deployed and the Incarcerated." *Poetics* 36:421-434.

*Cadge, Wendy, and CHRISTOPHER WILDEMAN. "Facilitators and Advocates: How Mainline Protestant Clergy Respond to Homosexuality." *Sociological Perspectives* 51:587-603.

*WILDEMAN, CHRISTOPHER. "Conservative Protestantism and Paternal Engagement in Fragile Families." *Sociological Forum* 23:556-574.

*Cadge, Wendy, Laura Olson, and CHRISTOPHER WILDEMAN. "How Denominational Context Influences Debate about Homosexuality in Mainline Protestant Congregations." *Sociology of Religion* 69:187-207.

*Percheski, Christine, and CHRISTOPHER WILDEMAN. "Becoming a Dad: Employment Trajectories of Married, Cohabiting, and Nonresidential Fathers." *Social Science Quarterly* 26:482-501.

2007  *Cadge, Wendy, Heather Day, and CHRISTOPHER WILDEMAN. "Bridging the Denomination-Congregation Divide: Evangelical Lutheran Church in America Congregations Respond to Homosexuality." *Review of Religious Research* 48:245-259.

## OP-EDS, BOOKS REVIEWS, AND OTHER WRITINGS

FORTH.  WILDEMAN, CHRISTOPHER. "Book Review of *The Punishment Imperative: The Rise and Failure of Mass Incarceration in America* by Todd R. Clear and Natasha A. Frost. New York, NY: New York University Press, 2013. 269 pp. $30 cloth. ISBN: 9780814717196." *Contemporary Sociology.*

2015  WILDEMAN, CHRISTOPHER. "Incarceration and Health." In *Emerging Trends in the Social and Behavioral Sciences*, Edited by Robert A. Scott and Stephen M. Kosslyn. John Wiley & Sons, Inc.

WILDEMAN, CHRISTOPHER. "Book Review of *Pulled Over: How Police Stops Define Race and Citizenship* by Charles E. Epp, Steven Maynard-Moody, and Donald P. Haider-Markel. Chicago, IL: University of Chicago Press. Pp. xvii + 253. $25.00 (paper)." *American Journal of Sociology* 115:1555-1557.

WILDEMAN, CHRISTOPHER. "Book Review of *Invisible Men: Mass Incarceration and the Myth of Black Progress* by Becky Pettit. Russell Sage Foundation, 2012, 141 Pages. $29.95 (paper)." *Social Forces* e89.

2013  WILDEMAN, CHRISTOPHER. "How Mass Imprisonment Has – and Has Not – Shaped Childhood Inequality." *Communities and Banking* 25:7-9.

2008  WILDEMAN, CHRISTOPHER, and Christopher Muller. "Incarceration, Adulthood." Pp. 221-225 in *Encyclopedia of the Life Course and Human Development: Volume 2*, Edited by Deborah Carr. Detroit: MacMillan Reference USA.

## UNDER REVIEW AND IN PROGRESS (R&R; UR [UNDER REVIEW]; AND IP [IN PROGRESS])

R&R  WILDEMAN, CHRISTOPHER. "Incarceration and Population Health in Wealthy Democracies."

WILDEMAN, CHRISTOPHER, and Peter Fallesen. "The Effect of Lowering Welfare Payment Ceilings on Children's Risk of Out-of-Home Placement." Commissioned for Special Issue of *Children and Youth Services Review.*

UR  WILDEMAN, CHRISTOPHER, E. Ann Carson, Daniela Golinelli, Margaret Noonan, and Natalia Emanuel. "Mortality Among White, Black, and Hispanic Male and Female State Prisoners, 2001-2009."

WILDEMAN, CHRISTOPHER, Margaret Noonan, Daniela Golinelli, E. Ann Carson, and Natalia Emanuel. "State-Level Variation in the Imprisonment-Mortality Relationship, 2001-2010."

WILDEMAN, CHRISTOPHER, and Signe Hald Andersen. "Paternal Incarceration and Children's Risk of Being Charged by Early Adulthood: Evidence from a Danish Policy Shock."

WILDEMAN, CHRISTOPHER, Kristin Turney, and Youngmin Yi. "Paternal Incarceration and Family Functioning: Variation Across Federal, State, and Local Facilities." Commissioned for Special Issue of *ANNALS of the American Academy of Political and Social Science.*

Muller, Christopher, and CHRISTOPHER WILDEMAN. "Geographical Variation in the Cumulative Risk of Imprisonment and Parental Imprisonment in the United States."

WILDEMAN, CHRISTOPHER, Natalia Emanuel, Margaret Noonan, E. Ann Carson, and Emily A. Wang. "High Mortality Among Probationers in the United States."

IP  WILDEMAN, CHRISTOPHER, Danielle Zucker, Hedwig Lee, Michael Dineen, and Emily Putnam-Hornstein. "Cumulative Prevalence of Having a Child Protective Services Investigation for US Children."

WILDEMAN, CHRISTOPHER, Sara Wakefield, and Hedwig Lee, eds. *Tough on Crime, Tough on Families? Criminal Justice and Family Life in America.* Special Issue of *ANNALS of the American Academy of Political and Social Science.*


## SELECTED GRANTS, AWARDS, AND FELLOWSHIPS (TOTAL COSTS LISTED FOR ALL GRANTS)

2015-2018   Theme Project on the Causes, Consequences, and Future of Mass Incarceration. Institute for the Social Sciences. Cornell University. $150,000 (Role: Co-I).

2015-2017   Faculty Fellow. Bronfenbrenner Center for Translational Research. Cornell University.

2014-2015   "Paternal Incarceration and Teachers' Expectations of Students." Institute for the Social Sciences. Cornell University. $10,500 (Role: PI).

2013   Ruth Shonle Cavan Young Scholar Award from the American Society of Criminology.

2013   Distinguished New Scholar Award from the American Society of Criminology's Division on Corrections and Sentencing.

2013-2014   "Using Social Network Analysis for Crime Prevention and Evaluation." Department of Justice. Office of Justice Programs. $300,000 (Role: Co-I).

2012-2015   "Release, Recidivism, and Mortality in the Recidivism of Prisoners Released in 2005 Study." Bureau of Justice Statistics Visiting Fellows Program: Criminal Justice. Office of Justice Programs. Department of Justice. $262,201 ($112,504 for 2012-2014; $149,967 for 2014-2015). (Role: PI).

2012-2013   Junior Faculty Fellowship. Yale University.

2012   Summmer Research Institute (SRI). National Data Archive on Child Abuse and Neglect (NDACAN). Cornell University.

2011-2012   "Redefining Relationships: Explaining the Countervailing Consequences of Paternal Incarceration for Parenting." National Center for Family and Marriage Research External Grants Program. $20,000 (Role: PI).

2010-2011   "Children of the Prison Boom: Mass Incarceration and the Future of American Inequality." Presidential Authority Award. Russell Sage Foundation. $34,633 (Role: Co-I).

2009-2010   Emerging Scholars. University of Kentucky Center for Povery Research (UKCPR).

| | |
|---|---|
| 2009-2010 | "Imprisonment and (Inequality in) Population Health." Young Investigator Development Grants Program. University of Kentucky Center for Poverty Research (UKCPR). $6,133 (Role: PI). |
| 2009-2010 | "Imprisonment and (Inequality in) Population Health." Robert Wood Johnson Foundation Health & Society Scholars Small Grants Program. $15,424 (Role: PI). |
| 2008 | Outstanding Graduate Student Paper. ASA Crime, Law, and Deviance Section. |
| 2008 | Dorothy Thomas Award. Population Association of America. |
| 2007-2008 | Harry Frank Guggenheim Dissertation Fellowship. $20,000 (Role: PI). |
| 2007 | Finalist. Robert Wood Johnson Foundation Scholars in Health Policy Research Program. (Declined in order to interview for the Robert Wood Johnson Foundation Health & Society Scholars Program.) |
| 2007 | Outstanding Graduate Student Paper. ASA Children and Youth Section. |
| 2007 | Outstanding Graduate Student Paper. ASA Sociology of Family Section. |
| 2006 | Marvin Bressler Graduate Student Teaching Award. Princeton University Department of Sociology. |

## SELECTED PRESENTATIONS (* INDICATES INVITED; † INDICATES SCHEDULED)

A HEAVY BURDEN: THE HEALTH CONSEQUENCES OF MASS IMPRISONMENT FOR WOMEN: *University of Washington Department of Sociology * † (2015).*

THE EFFECT OF LOWERING WELFARE PAYMENT CEILINGS ON CHILDREN'S RISK OF OUT-OF-HOME PLACEMENT: *Institute for Research on Poverty at the University of Wisconsin * † (2015).*

VARIATION IN THE IMPRISONMENT-MORTALITY RELATIONSHIP: *Eastern Sociological Society * (2015).*

GEOGRAPHIC VARIATION IN THE CUMULATIVE RISK OF MALTREATMENT AND FOSTER CARE PLACEMENT: *Rockwool Foundation Research Unit * (2015), Columbia University Department of Sociology * (2015), Office of Academic Diversity Initiatives at Cornell University * (2015), Emory University Department of Sociology * (2015), Loyola University * (2015), Inequality and Social Policy Seminar Series at Harvard University * (2014), and Center for the Study of Inequality at Cornell University (2014).*

COLLATERAL CONSEQUENCES OF MASS INCARCERATION FOR CHILDREN, ADULT WOMEN, AND COMMUNITIES: *Congressional Briefing on the Collateral Consequences of Mass Incarceration * (2014).*

IMPLICATIONS OF SOCIOLOGY'S METHODOLOGICAL BREADTH: *Keynote Address at Kent State University's Alpha Kappa Delta (AKD) Honors and Awards Banquet * (2014).*

GROWTH AND INEQUALITY IN THE CUMULATIVE RISK OF PATERNAL AND MATERNAL IMPRISONMENT: *Conference on Parental Incarceration in the United States: Bringing Together Research and Policy to Reduce Collateral Costs to Children at the White House * (2013).*

IS INCARCERATION A POVERTY TRAP? *Administration for Children and Families Welfare Research and Evaluation Conference * (2013).*

EFFECTS OF MASS IMPRISONMENT ON WOMEN AND CHILDREN: *Dickinson College * † (2015) and Virginia Department of Probation and Parole Annual Conference * (2013).*

---

MORTALITY AND MORBIDITY IN RECENTLY RELEASED PRISONERS: *Virginia Department of Probation and Parole Annual Conference * (2013).*

USING MASS INCARCERATION AND THE AFFORDABLE CARE ACT TO IMPROVE THE HEALTH OF THOSE WHO AREN'T INCARCERATED: *Institute of Medicine and National Academy of Sciences Workshop on Incarceration and Health * (2012).*

POSITIVE, NEGATIVE, OR NULL? THE EFFECTS OF MATERNAL INCARCERATION ON CHILDREN'S BEHAVIORAL PROBLEMS: *Division of Prevention and Community Research at Yale University * (2013), Pennsylvania State University Department of Sociology * (2013), The Reentry Council Research Network, the Women and Reentry Steering Committee, and the Children of Incarcerated Parents Working Group of the Federal Interagency Reentry Council Staff Working Group * (2013), American Sociological Association (2013), Population Association of America (2013), Rutgers University School of Criminal Justice * (2013), Fragile Families and Child Wellbeing Working Group * (2012), Jerry Lee Center of Criminology at the University of Pennsylvania * (2012),* and *Department of Policy Analysis and Management at Cornell University * (2012).*

CHILDREN OF THE PRISON BOOM: MASS INCARCERATION AND THE FUTURE OF AMERICAN INEQUALITY: *Foreverfamily Atlanta * (2015), Bronfenbrenner Center for Translational Research at Cornell University * (2015), Opening Keynote Address at Delaware Center for Justice's Annual Meeting * (2014), Symposium on Squandered Resources: Incarceration's Consequences, Costs, and Alternatives at Johns Hopkins University School of Public Health * (2014), Reversing Trajectories Conference at the University of Kentucky * (2014), Kent State University Department of Sociology * (2014), SUNY Albany Justice and Multiculturalism Project * (2014), Rutgers University Workshop on Quantitative Applications in Sociology * (2014), Family Centered Services of Connecticut * (2013), Edward Zigler Center in Child Development and Social Policy at Yale University * (2012), Social Welfare Series on Inequality and Dispossessed Lives Left Behind at the CUNY Graduate Center * (2012), Bucknell University Social Science Colloquium * (2012), Department of Sociology at the University of Oslo * (2012), Rockwool Foundation Research Unit * (2012),* and *Justice Policy Center at the Urban Institute * (2012).*

COMBINING DESCRIPTIVE AND CAUSAL METHODS TO STUDY INEQUALITY (A WORKSHOP): *Social Science Research Center Berlin (WZB) * (2012).*

CUMULATIVE RISKS OF FOSTER CARE PLACEMENT FOR U.S. CHILDREN, 2000-2011: *Harvard School of Public Health's Maternal and Child Health Seminar * (2014), McGill University Centre for Population Dynamics * (2014), Association for Public Policy Analysis and Management (2013), Population Association of America (2013), Population Studies Center at the University of Pennsylvania * (2013), Center for Research on Inequalities and the Life Course (CIQLE) at Yale University (2012), Population Studies Center (PSC) at the University of Michigan * (2012), Social Science Research Center Berlin (WZB) * (2012), Department of Education at Aarhus University * (2012),* and *Rockwool Foundation Research Unit * (2012).*

FATHERS AND FATHERING IN THE ERA OF MASS INCARCERATION: *Fathers and Fathering in Contemporary Contexts at the National Center for Family and Marriage Research * (2012).*

DESPAIR BY ASSOCIATION? THE MENTAL HEALTH OF MOTHERS WITH CHILDREN BY RECENTLY INCARCERATED FATHERS: *Eastern Sociological Society * (2012), Population Association of America (2011),* and *Yale Health Economics Workshop * (2011).*

PARENTAL INCARCERATION, CHILD HOMELESSNESS, AND THE INVISIBLE CONSEQUENCES OF MASS IMPRISONMENT: *Detaining Democracy Conference at the Institution for Social and Policy Studies (ISPS) at Yale University * (2012), American Sociological Association (2012), American Society of Criminology (2011), Fragile Families and Child Wellbeing Working Group (2011), Population Association of America (2011), Center for Research on Inequalities and the Life Course (2011) at Yale University, Eastern Sociological Society (2011), Duke University Population Research Institute (DuPRI) * (2010), Yale Health Economics Workshop * (2010), American Bar Association Criminal Justice System Sentencing and Reentry Institute and Criminal Justice Legal Educators Colloquium * (2010),* and *Law and Society Association (2010).*

IMPRISONMENT AND (INEQUALITY IN) POPULATION HEALTH: *University of Kentucky Center for Poverty Research Small Grants Conference * (2010), Robert Wood Johnson Foundation Health & Society Scholars Annual Meeting * (2010), Population Association of America (2010)*, and *Center for Social Epidemiology and Population Health (CSEPH) at the University of Michigan * (2010).*

INCARCERATION AND POPULATION HEALTH IN WEALTHY DEMOCRACIES: *Department of Policy Analysis and Management and Cornell Population Center at Cornell University * (2014), Mailman School of Public Health at Columbia University * (2013), Robert Wood Johnson Foundation Health & Society Scholars Symposium on Mass Incarceration at the University of Michigan * (2013), American Society of Criminology (2012), Swedish Institute for Social Research (SOFI) at Stockholm University * (2012), Community Disruption and HIV Risk Conference at American University's Center on Health, Risk, and Society * (2012), Neil A. Weiner Research Speaker Series at Vera Institute of Justice * (2012), Urban Social Processes Workshop at Harvard University * (2012), Incarceration Working Group at the Columbia Population Research Center (CPRC) at Columbia University * (2012), Population Association of America (2010)*, and *Center for Research on Inequalities and the Life Course (CIQLE) at Yale University * (2010).*

IMPRISONMENT AND INFANT MORTALITY: *Incarceration and Health Disparities Symposium at Harvard Medical School, Brigham and Womens Hospital * (2011), University of Kentucky Center for Poverty Research * (2010), Child Psychiatric Epidemiology Group at Columbia University * (2009), University of Michigan Population Studies Center * (2009), Research Committee 28 (RC28) of the International Sociological Association (2009), Criminology and Population Dynamics Workshop (2009), Robert Wood Johnson Foundation Health & Society Scholars Annual Meeting * (2009), Population Association of America (2009)*, and *Bowling Green State University Center for Family and Demographic Research * (2009).*

PATERNAL INCARCERATION AND CHILDRENS PHYSICALLY AGGRESSIVE BEHAVIORS: EVIDENCE FROM THE FRAGILE FAMILIES AND CHILD WELLBEING STUDY: *American Sociological Association (2008), Population Association of America (2008), Aage Sorensen Memorial Conference at Harvard University (2008)*, and *Fragile Families and Child Wellbeing Working Group (2007).*

PARENTAL IMPRISONMENT, THE PRISON BOOM, AND THE CONCENTRATION OF CHILDHOOD DISADVANTAGE: *The Problem of Punishment Conference at the University of Virginia * (2009), University of North Carolina Department of Sociology * (2008), University of Minnesota Department of Sociology * (2008), University of Massachusetts Department of Sociology * (2008), Yale University Department of Sociology * (2008), Office of Population Research Notestein Seminar Series (2007), American Sociological Association (2007), Population Association of America (2007), Fragile Families and Child Wellbeing Working Group (2007)*, and *Probing the Penal State Conference at the University of California-Berkeley * (2006).*

## TEACHING AND ADVISING (All pre-2014 activities at Yale University)

CONFINEMENT (S2016, Undergraduate).

DEMOGRAPHIC TECHNIQUES II (S2015, Undergraduate, Graduate).

MASS IMPRISONMENT AND URBAN FAMILY LIFE (S2011, Undergraduate).

ORANGE IS THE NEW BLACK (F2014, Undergraduate).

PUNISHMENT AND INEQUALITY (F2010, F2011, F2013, Undergraduate, Graduate).

SENIOR ESSAY AND COLLOQUIUM FOR NONINTENSIVE MAJORS (S2011, Undergraduate).

STATS I (F2011, Graduate).

STATS II (S2012, Graduate).

Workshop in Advanced Sociological Writing and Research I (F2013, Graduate).

Workshop in Advanced Sociological Writing and Research II (S2014, Graduate).

Senior Theses Advised: Shanica Baynes (2010-2011, Sociology), LaTisha Campbell (2011-2012, Sociology), Tony Cheng (2011-2012, Political Science, Thesis Awarded the Percival Wood Clement Prize), Paulo Coehlo Filho (2011-2012, Ethics, Politics, and Economics), Sabina Mehmedovic (2011-2012, Sociology), Olivia Schwob (2013-2014, Political Science), Angela Wang (2013-2014, Sociology, Thesis Awarded the Mildred Priest Frank Prize), and Akina Younge (2010-2011, Sociology).

Second Year Paper Committees: Sara Bastomski (2013), Inkwan Chung (2014), Kristin Plys (2011), Michael Sierra-Arevalo (2014), and Pianpian Xu (2012).

Field Exam Committees: Sara Bastomski (2014) and Marianne Wilson (2011).

Dissertation Committees: Sara Bastomski (Ongoing, Yale University Department of Sociology), Erika Braithwaite (Ongoing, McGill University Department of Epidemiology), Valerio Bacak (2015, University of Pennsylvania Department of Sociology), Allison Dwyer Emory (Ongoing [Co-Chair], Cornell University Department of Sociology), Frank edwards (Ongoing, University of Washington Department of Sociology), Matthew Lawrence (2014, Yale University Department of Sociology), Celene Reynolds (Ongoing, Yale University Department of Sociology), and Marianne Wilson (Ongoing [Chair], Yale University Department of Sociology).

## Service and Other Professional Activities

Editorial Board: *Demography* (2013-2016)
*Law and Society Review* (2014-2016)
*Social Forces* (2014-2017)
*Social Problems* (2011-2014)
*Social Psychology Quarterly* (2016-2018)

Reviewer: *Addiction, Advances in Life Course Research, American Journal of Epidemiology, American Journal of Public Health, American Journal of Sociology, American Sociological Review, Annals of Epidemiology, ANNALS of the American Academy of Political and Social Sciences, Campbell Systematic Reviews, Child Abuse and Neglect, Children and Youth Services Review, Criminal Justice and Behavior, Crime and Delinquency, Criminology, Demography, Du Bois Review, Ethnography, Health Services Research, International Criminal Justice Review, Journal for the Scientific Study of Religion, Journal of Applied Developmental Psychology, Journal of Child and Family Studies, Journal of Economic Literature, Journal of Family Issues, Journal of Family Psychology, Journal of Health and Social Behavior, Journal of Marriage and Family, Journal of Policy Analysis and Management, Journal of Quantitative Criminology, Journal of Research in Crime and Delinquency, Journal of Urban Affairs, Law and Society Review,* National Science Foundation, New York University Press, National Institute of Health, Oxford University Press, *Pediatric Research, Pediatrics, Race and Justice, Russell Sage Foundation, SAGE Open, Social Currents, Social Forces, Social Problems, Social Psychology Quarterly, Social Science and Medicine, Social Science History, Social Science Research, Social Service Review, Society and Mental Health, Sociological Forum, Sociology Compass, Sociology of Education, Sociology of Religion,* and University of California Press.

Member: American Society of Criminology (Division on Corrections and Sentencing); American Sociological Association (Sections: Children and Youth; Crime, Law, and Deviance; Family; Inequality, Poverty, and Mobility; and Population); and Population Association of America.

| | |
|---|---|
| 2015- | Member. Cornell University PAM Executive Committee. |
| 2014-2016 | Co-Chair. Cornell University PAM Faculty Recruitment Committee. |
| 2015 | ASC Discussant. Health Trajectories of Justice System-Involved Individuals. |

| | |
|---|---|
| 2015 | Member. Reception Committee. ASA Section on Children and Youth. |
| 2015 | Member. Cornell University PAM Graduate Admissions Committee. |
| 2015 | PAA Session Organizer. Demography of Crime and Punishment. |
| 2015 | Member. ASC Outstanding Article Committee. |
| 2014-2017 | Secretary/Treasurer. ASA Section on Inequality, Poverty, and Mobility. |
| 2014-2016 | Council Member. ASA Section on Children and Youth. |
| 2014- | Advisory Committee. National Data Archive on Child Abuse and Neglect. |
| 2014- | Faculty Fellow. Court-Kay-Bauer Hall. |
| 2014- | Affiliated Researcher. Children's Data Network. |
| 2014- | Co-Director. Finger Lakes Regional Branch of the Scholars Strategy Network (SSN). |
| 2014 | Member. William Pickens Prize Committee. |
| 2014 | PAA Session Organizer. Incarceration and Labor Market Outcomes. |
| 2014 | PAA Discussant. Families Living Apart in the United States. |
| 2013-2015 | Co-Director. Criminal Justice Working Group of the Scholars Strategy Network (SSN). |
| 2013-2014 | ASC Division on Corrections and Sentencing Awards Committee. |
| 2013-2014 | ASA Sociology of Population Section Committee on Nominations. |
| 2013-2014 | Yale University Sociology Department Graduate Student Admissions Committee. |
| 2013-2014 | Organizer. Center for Research on Inequalities and the Life Course (CIQLE) Workshop. |
| 2013 | ASA Sociology of the Family Section Graduate Student Paper Award Committee. |
| 2013 | ASA Crime, Law, and Deviance Session Organizer. Social Consequences of Incarceration. |
| 2013 | ASA Crime, Law, and Deviance Program Committee. |
| 2013 | ASA Session Organizer. Punishment and Inequality. |
| 2012 | Invited Participant. Workshop on Health and Incarceration. Co-Sponsored by the Institute of Medicine's Board on the Health of Select Populations and the National Academy of Sciences Committee on Law and Justice. |
| 2012 | ASC Session Organizer. Author Meets Critics for Becky Pettit's *Invisible Men*. |
| 2012 | Commentator. Yale Symposium on Inequality. |
| 2012 | ASA Discussant. Stratification. |
| 2012 | Member. Mildred Priest Frank Memorial Prize in Sociology (1984) Committee. |

| | |
|---|---|
| 2011- | Member. Scholars Strategy Research Network (SSN). |
| 2011- | Big Think Delphi Fellow (http://bigthink.com/). |
| 2011-2014 | Co-Director. New Haven Regional Branch of the Scholars Strategy Network (SSN). |
| 2011-2014 | Yale University Summer Undergraduate Research Fellowship (SURF) Program. |
| 2011-2012 | Yale University Department of Sociology Faculty Recruitment Committee. |
| 2011-2012 | Yale University CIPE Research Fellowships for Juniors Committee. |
| 2011 | ASC Discussant. New Longitudinal Data on Parental Incarceration and Child Wellbeing. |
| 2011 | PAA Session Organizer. Demography of Punishment and Demography of Crime. |
| 2010-2014 | Faculty Fellow. Ezra Stiles Residential College. Yale University. |
| 2010-2012 | Faculty Mentor. Mellon Mays Undergraduate Fellowship Program (MMUF). Yale University. |
| 2010-2012 | Organizer. Center for Research on Inequalities and the Life Course (CIQLE) Workshop. |
| 2010-2011 | Undergraduate Affairs Committee. Yale University. |
| 2009 | ASA Sociology of the Family Section Graduate Student Paper Award Committee. |
| 2006-2007 | Graduate Student Advisory Committee. Princeton University Department of Sociology. |