RELMAN, DANE & COLFAX PLLC
1225 19TH STREET NW SUITE 600
WASHINGTON DC 20036-2456

TEL 202-728-1888
FAX 202-728-0848
WEBSITE WWW.RELMANLAW.COM

November 2, 2018

Hon. Vera Scanlon
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Fortune Soc'y v. Sandcastle Towers Hous. Dev. Fund Corp., et al.*, No. 1:14-cv 6410 (E.D.N.Y.)

Dear Judge Scanlon:

  We represent Plaintiff The Fortune Society in the above-referenced matter. We are writing to inquire about the status of the pending dispositive motions.

         Respectfully submitted,

         /s/ John P. Relman
         John P. Relman, admitted *pro hac vice*
         Glenn Schlactus, admitted *pro hac vice*
         Sasha Samberg-Champion (SS9201)
         RELMAN, DANE & COLFAX, PLLC
         1225 19th St., NW, Suite 600
         Washington, D.C. 20036-2456
         Tel: 202-728-1888
         Fax: 202-728-0848
         jrelman@relmanlaw.com
         gschlactus@relmanlaw.com
         ssamberg-champion@relmanlaw.com

         Attorneys for Plaintiff

Cc: All counsel via ECF