RELMAN, DANE & COLFAX PLLC

1225 19TH STREET NW SUITE 600
WASHINGTON DC 20036-2456

TEL 202-728-1888
FAX 202-728-0848
WEBSITE WWW.RELMANLAW.COM

February 1, 2019

**VIA CM/ECF**
Hon. Vera Scanlon
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Fortune Society v. Sandcastle Towers Housing Development Fund Corp., et al.*,
              No. 1:14-cv-6410 (E.D.N.Y.)

Dear Judge Scanlon:

    Plaintiff The Fortune Society respectfully submits the attached decision, issued on January 25, 2019, as supplemental authority in connection with the pending dispositive motions (Docket Nos. 94 and 97).  *See* Exhibit 1.

                                        Respectfully submitted,

                                          /s/ Glenn Schlactus
                                          Glenn Schlactus

Cc: All counsel via ECF

RELMAN, DANE & COLFAX PLLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February 2019, a true and correct copy of the foregoing Plaintiff's Notice of Supplemental Authority was filed electronically by CM/ECF with the Clerk of Court for the Eastern District of New York, and served on all counsel of record through the same.

/s/ Glenn Schlactus
Glenn Schlactus