**RELMAN, DANE & COLFAX PLLC**

1225 19TH STREET NW SUITE 600
WASHINGTON DC 20036-2456

TEL 202-728-1888
FAX 202-728-0848
WEBSITE WWW.RELMANLAW.COM

September 27, 2019

Hon. Vera Scanlon
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Fortune Soc'y v. Sandcastle Towers Hous. Dev. Fund Corp., et al.*, No. 1:14-cv-6410 (E.D.N.Y.)

Dear Judge Scanlon:

    All parties submit this joint status letter in accordance with the Court's Order of August 20, 2019 (Dkt. No. 142).

    The parties have made substantial progress toward a resolution of this matter and their discussions are continuing. The parties would like to provide a further update to the Court by October 16, 2019.
.

    Respectfully submitted,

    /s/ John P. Relman
    John P. Relman, admitted *pro hac vice*
    Glenn Schlactus, admitted *pro hac vice*
    Sasha Samberg-Champion (SS9201)
    RELMAN, DANE & COLFAX, PLLC
    1225 19th St., NW, Suite 600
    Washington, D.C. 20036-2456
    202-728-1888
    Fax: 202-728-0848
    jrelman@relmanlaw.com
    gschlactus@relmanlaw.com
    ssamberg-champion@relmanlaw.com

    *Attorneys for Plaintiff*

*Fortune Soc'y v. Sandcastle Towers Hous. Dev. Fund Corp.*, No. 1:14-cv-6410
September 27, 2019
Page 2

/s/ Loretta M. Gastwirth
Loretta M. Gastwirth
Larry R. Martinez
Stephanie Suarez
MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP
190 Willis Avenue
Mineola, NY 11501
(516) 747-0300
lgastwirth@meltzerlippe.com
lmartinez@meltzerlippe.com
ssuarez@meltzerlippe.com

Thomas D. Shanahan (TS-3330)
THOMAS D. SHANAHAN, P.C.
551 Fifth Avenue, Suite 615
New York, New York 10176
(212) 867-1100, x11
Fax: (212) 972-1787

*Attorneys for Defendants*

*Fortune Soc'y v. Sandcastle Towers Hous. Dev. Fund Corp.*, No. 1:14-cv-6410
September 27, 2019
Page 3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2019, a true and correct copy of the above letter was filed electronically by CM/ECF with the Clerk of Court for the Eastern District of New York, and served on all counsel of record through same.

/s/ John P. Relman
John P. Relman