# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FORTUNE SOCIETY, INC.<br>29-76 Northern Blvd<br>Long Island City, NY 11101<br><br>          Plaintiff,<br><br>     v.<br><br>SANDCASTLE TOWERS HOUSING<br>DEVELOPMENT FUND CORP.<br>1465A Flatbush Ave.<br>Brooklyn, NY 11210<br><br>SARASOTA GOLD LLC<br>1407 48th Street<br>Brooklyn, NY 11219<br><br>E & M ASSOCIATES LLC<br>1465A Flatbush Ave.<br>Brooklyn, NY 11210<br><br>and<br><br>WEISSMAN REALTY GROUP LLC<br>45 Broadway, 12th Floor<br>New York, NY 10006<br><br>          Defendants. | Civil Action No. 1:14-cv-6410<br><br>Magistrate Judge Vera M. Scanlon<br><br>**JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The Fortune Society, Inc. and Defendants Sandcastle Towers Housing Development Fund Corp., Sarasota Gold LLC, E & M Associates LLC, and Weissman Realty Group LLC hereby stipulate and agree

that any and all claims asserted against Defendants in this litigation and the action are hereby dismissed with prejudice.

Respectfully Submitted,

/s/ John P. Relman
John P. Relman, admitted *pro hac vice*
Glenn Schlactus, admitted *pro hac vice*
Sasha Samberg-Champion (SS9201)
RELMAN, DANE & COLFAX, PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036-2456
202-728-1888
Fax: 202-728-0848
jrelman@relmanlaw.com
gschlactus@relmanlaw.com
ssamberg-champion@relmanlaw.com

*Attorneys for Plaintiff*

/s/ Loretta M. Gastwirth
Loretta M. Gastwirth
Larry R. Martinez
Stephanie Suarez
MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP
190 Willis Avenue
Mineola, NY 11501
(516) 747-0300
lgastwirth@meltzerlippe.com
lmartinez@meltzerlippe.com
ssuarez@meltzerlippe.com

Thomas D. Shanahan (TS-3330)
THOMAS D. SHANAHAN, P.C.
551 Fifth Avenue, Suite 615
New York, New York 10176
(212) 867-1100, x11
Fax: (212) 972-1787

*Attorneys for Defendants*

Dated:  October 11, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2019, a true and correct copy of the foregoing Joint Stipulation of Dismissal was filed electronically by CM/ECF with the Clerk of Court for the Eastern District of New York, and served on all counsel of record through same.

/s/ John P. Relman
John P. Relman