RELMAN, DANE & COLFAX PLLC

1225 19TH STREET NW SUITE 600
WASHINGTON DC 20036-2456

TEL 202-728-1888
FAX 202-728-0848
WEBSITE WWW.RELMANLAW.COM

October 16, 2019

Hon. Vera Scanlon
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  *Fortune Soc'y v. Sandcastle Towers Hous. Dev. Fund Corp., et al.*, No. 1:14-cv-6410 (E.D.N.Y.)

Dear Judge Scanlon:

All parties submit this joint status letter in accordance with the Court's Order of October 2, 2019.  The matter has been resolved and a Stipulation of Dismissal with prejudice has been filed (Docket No. 145).  Accordingly, counsel respectfully request that the Court close the matter on the Court's docket.
.

Respectfully submitted,

/s/ John P. Relman
John P. Relman, admitted *pro hac vice*
Glenn Schlactus, admitted *pro hac vice*
Sasha Samberg-Champion (SS9201)
RELMAN, DANE & COLFAX, PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036-2456
202-728-1888
Fax: 202-728-0848
jrelman@relmanlaw.com
gschlactus@relmanlaw.com
ssamberg-champion@relmanlaw.com

*Attorneys for Plaintiff*

/s/ Loretta M. Gastwirth

Loretta M. Gastwirth
Larry R. Martinez
Stephanie Suarez
MELTZER, LIPPE, GOLDSTEIN & BREITSTONE,
    LLP
190 Willis Avenue
Mineola, NY 11501
(516) 747-0300
lgastwirth@meltzerlippe.com
lmartinez@meltzerlippe.com
ssuarez@meltzerlippe.com

Thomas D. Shanahan (TS-3330)
THOMAS D. SHANAHAN, P.C.
551 Fifth Avenue, Suite 615
New York, New York 10176
(212) 867-1100, x11
Fax: (212) 972-1787

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of October, 2019, a true and correct copy of the above letter was filed electronically by CM/ECF with the Clerk of Court for the Eastern District of New York, and served on all counsel of record through same.

/s/ John P. Relman
John P. Relman